UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

### RULE 12(b)(6) MOTION TO DISMISS AND RULE 12(f) MOTION TO STRIKE

Defendant, The Administrators of the Tulane Educational Fund (hereinafter "Defendant" or "Tulane"), moves to dismiss certain claims asserted by Plaintiff Princess Dennar, M.D. ("Plaintiff") pursuant to Fed. R. of Civ. P. 12(b)(6).  As further explained herein, Plaintiff failed to adequately plead her state law claim of abuse of rights, her claims under the Louisiana Employment Discrimination Law are not actionable because that statute does not apply to Defendant, and any Title VII claims dependent on events that occurred in 2008 – 2009 are prescribed.  These claims must therefore be dismissed with prejudice from this proceeding. Moreover, the paragraphs of Plaintiff's Complaint containing allegations supporting the dismissed claims must be stricken from the Complaint under Fed. R. Civ. P. 12(f) as immaterial to Plaintiff's remaining claims.  As more comprehensively set out in the attached memorandum, Tulane respectfully requests the Court grant an Order providing relief under Fed. R. Civ. P. 12(b)(6) and 12(f).

1

Respectfully Submitted:

By: */s/ Julie D. Livaudais*
    Julie D. Livaudais (La. Bar No. 1183), T.A.
    Walter F. Becker, Jr. (La. Bar No. 1685)
    Rosalie M. Haug (La. Bar No. 37720)
        -of-
    **CHAFFE McCALL, L.L.P.**
    1100 Poydras Street
    2300 Energy Centre
    New Orleans, LA  70163-2300
    Telephone:  (504) 585-7000
    Facsimile: (504) 544-6054
    Email:    livaudais@chaffe.com
                becker@chaffe.com
                haug@chaffe.com


*__Attorneys for Defendant, The Administrators of the Tulane Educational Fund__*

2