# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### *EX PARTE* UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Princess Dennar, M.D., who respectfully moves this Honorable Court to continue the submission date on Defendant's Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike (Rec. Doc. No. 4), and who represents the following.

### I.

On October 20, 2020, Defendant filed a Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike.

### II.

Defendant's Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike was noticed for submission on November 4, 2020.

### III.

In light of Plaintiff's counsel's calendars and prior commitments, additional time is necessary to prepare and to submit an opposition. Therefore, Plaintiff requests for the submission date to be continued to November 25, 2020.

00553244.WPD;1

**IV.**

Counsel for defendant has been contacted and has confirmed that there is no objection to the requested continuance.

**WHEREFORE,** Plaintiff, Princess Dennar, M.D., prays that this Honorable Court continue the submission date on Defendant's Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike from November 4, 2020, to November 25, 2020, at 10:00 a.m.

**Respectfully submitted,**

**LOWE, STEIN, HOFFMAN, ALLWEISS
 & HAUVER, L.L.P.**

**/s/ Melanie C. Lockett**
**MICHAEL R. ALLWEISS (#2425)**
**MELANIE C. LOCKETT (#30601)**
**ABIGAIL F. GERRITY (#35777)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139**
**Telephone:   (504) 581-2450**
**Facsimile:    (504) 581-2461**
**Attorneys for Princess Dennar, M.D.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 23rd day of October, 2020.

/s/ Melanie C. Lockett