## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### O R D E R

Considering the foregoing;

**IT IS ORDERED** that the submission date on Defendant's Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike is continued from November 4, 2020, to November 25, 2020, at 10:00 a.m.

**NEW ORLEANS, LOUISIANA,** this ___ day of _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**