UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR** | **CIVIL ACTION** |
| **VERSUS** | **NO:   20-2679** |
| **TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

**ORDER**

Considering Plaintiff Princess Dennar's *EX PARTE* UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE (R. Doc. 6),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant The Administrators of the Tulane Educational Fund's Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike (R. Doc. 4) is hereby **RESET** with a submission date of **Wednesday, November 25, 2020**.

**IT IS FURTHER ORDERED** that Plaintiff has **up to and including November 17, 2020** to file her opposition.

New Orleans, Louisiana, this 27th day of October 2020.

_____
**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**