**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**NOTICE REGARDING LOCAL CIVIL RULE 73.2**

**Automatic Referral of Cases**

In accordance with the provisions of 28 USC 636(c), you are hereby notified that the assigned U.S. Magistrate Judge is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before a U.S. Magistrate Judge is available on the Court's website. All signed consent forms or written notice of non-consent by any individual party should be emailed to the Magistrate Judge's chambers: *efile-Roby@laed.uscourts.gov*. If, within seven (7) days of this notice, consent or non-consent has not been established, the assigned Magistrate Judge will proceed with scheduling a Rule 16 Scheduling Conference.