UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR** | **CIVIL ACTION** |
| **VERSUS** | **NO:     20-2679** |
| **TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## NOTICE OF 636(c) NON CONSENT ORDER TO PROCEED BEFORE A MAGISTRATE JUDGE

The undersigned Chief Magistrate Judge has been notified that all parties have not consented to proceed to trial before a Magistrate Judge pursuant to Title 28 U.S.C. 636(c).
.

New Orleans, Louisiana, this 20th day of November 2020

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Greg Gerard Guidry**