UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRINCESS DENNAR | CIVIL ACTION |
| VERSUS | NO. 20-02679 |
| TULANE EDUCATIONAL FUND | SECTION   T (4) |

## O R D E R

The Court has been notified that one of the parties to this proceeding is unwilling to proceed to trial before the Magistrate Judge under 28 U.S.C. § 636(c). *See* R. Doc. 11.

Accordingly,

**IT IS ORDERED** that the automatic referral in this case is **VACATED** except for those other pretrial matters so referred under L.R. 72.1.

New Orleans, Louisiana, this 8th day of December, 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE