**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Princess Dennar, M.D. ("Dr. Dennar"), who moves this Honorable Court for an Order granting leave to file the attached First Supplemental and Amended Complaint for the reasons set forth below.

On October 1, 2020, Dr. Dennar filed her original Complaint (Rec. Doc. 1). At the time suit was filed, Dr. Dennar had a second EEOC complaint pending bearing EEOC Charge No. 461-2020-01632 for which a separate Right to Sue Letter had not been received. Several of the allegations in the original Complaint relate to allegations made in EEOC Charge No. 461-2020-01632. Subsequent to filing the Complaint, Dr. Dennar asked for and received on November 18, 2020, a Right to Sue Letter with respect to EEOC Charge No. 461-2020-01632.

The sole purpose of the Supplemental and Amended Complaint is to bring to the Court and the parties' attention the issuance of a second Right to Sue Letter which, to the extent any allegations were to be argued as not having ripened due to the absence of a Right to Sue Letter or to otherwise not be properly before the Court in the absence of a Right to Sue Letter, the Right to Sue Letter in Charge No. 461-2020-01632, is attached to the proposed First Supplemental and Amended

00575952.WPD;1

Complaint as Exhibit "A," makes all allegations in the original Complaint ripe and appropriate for consideration by this Court.

Counsel for Defendant has been contacted and has no objection to the filing of the First Supplemental and Amended Complaint.

**WHEREFORE,** Plaintiff, Dr. Princess Dennar, prays that she be granted leave of Court to file her First Supplemental and Amended Complaint.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN, ALLWEISS
 & HAUVER, L.L.P.**

*/s/ Michael R. Allweiss*
**MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
ABIGAIL F. GERRITY (#35777)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone:	(504) 581-2450
Facsimile:	(504) 581-2461
Attorneys for Princess Dennar, M.D.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 11th day of December, 2020.

*/s/ Michael R. Allweiss*