UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

Considering the above and foregoing;

**IT IS ORDERED** that Princess Dennar, M.D., be granted leave of court to file her First Supplemental and Amended Complaint.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

00575953.WPD;1