UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### ORDER

Considering the Consent Motion for Leave to File First Supplemental and Amended Complaint by Princess Dennar, M.D. (R. Doc. 13);

**IT IS ORDERED** that the Motion is GRANTED and the First Supplemental and Amended Complaint of Princess Dennar, M.D. is filed into the record of this Court.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike filed by Tulane Educational Fund (R. Doc. 4) is accordingly DISMISSED WITHOUT PREJUDICE, and may be refiled in light of the Plaintiff's First Supplemental and Amended Complaint.

New Orleans, Louisiana, this  14th  day of      December     , 2020.

_____
**UNITED STATES DISTRICT JUDGE**