UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Princess Dennar, M.D. ("Dr. Dennar"), who supplements and amends her original Complaint filed herein on October 1, 2020 (Rec. Doc. 1), all as set forth hereinbelow:

I.

The entirety of each paragraph, allegation, cause of action, and/or prayer of the original Complaint filed herein are restated in their entirety and the Complaint is supplemented and/or amended solely and exclusively by the addition of the additional paragraphs set forth herein. To the extent any of these additional paragraphs conflict with or alter the content of any previously pled allegation or representation, this amendment replaces any such previously stated allegation or representation.

II.

By adding Paragraph 196 to read as follows:

196.

Dr. Dennar filed an EEOC complaint bearing EEOC Charge No. 461-2019-00221. On August 11, 2020, Right to Sue Letter was

received with respect to that complaint, and the original Complaint was filed within the delays set forth in the Right to Sue Letter.

III.

By adding Paragraph 197 to read as follows:

197.

At the time suit was filed, Dr. Dennar had a second EEOC complaint pending bearing EEOC Charge No. 461-2020-01632 for which a separate Right to Sue Letter had not been received.

IV.

By adding Paragraph 198 to read as follows:

Several of the allegations in the original Complaint relate to allegations made in EEOC Charge No. 461-2020-01632.

V.

By adding Paragraph 199 to read as follows:

199.

Subsequent to filing the Complaint, Dr. Dennar asked for and received on November 18, 2020, a Right to Sue Letter with respect to EEOC Charge No. 461-2020-01632.

VI.

By adding Paragraph 200 to read as follows:

200.

To the extent any allegations in the original Complaint related to or referenced events set forth in EEOC claim, Charge No. 461-2020-01632, the Right to Sue Letter related thereto fully authorized and ripened each and all of those allegations, assertions, and claims.

VII.

By adding Paragraph 201 to read as follows:

201.

This Supplemental and Amended Complaint is filed within 90 days of the November 18, 2020, Right to Sue Letter.

VIII.

By adding Paragraph 202 to read as follows:

202.

All causes of action set forth in the original Complaint are restated in their entirety and the prayer and request for trial by jury, along with all relief requested in the prayer, as likewise restated in their entirety and incorporated by reference herein.

VIII.

The sole purpose of this Supplemental and Amended Complaint is to bring to the Court and the parties' attention the issuance of a second Right to Sue Letter which, to the extent any allegations were to be argued as not having ripened due to the absence of a Right to Sue Letter or to otherwise not be properly before the Court in the absence of a Right to Sue Letter, the Right to Sue Letter in Charge No. 461-2020-01632, attached hereto as Exhibit "A," makes all allegations in the original Complaint as incorporated herein ripe and appropriate for consideration by this Court.

**WHEREFORE,** Plaintiff, Dr. Princess Dennar, prays that this First Supplemental and Amended Complaint be served and that after defendant answers and all proceedings are had herein, there be judgment in favor of plaintiff, Princess Dennar, and against defendant, The Administrators of the Tulane Educational Fund, such that plaintiff receives an award of the following, to be determined at trial or as otherwise appropriate:

a.	An award of back pay, front pay, punitive damages, emotional distress based damages, lost benefits, and other damages Dr. Dennar suffered to be determined at trial under Title VII , and as a result of the abuse of rights;

b.	An award of prejudgment and post-judgment interest;

c.	An award of costs and expenses of this action together with reasonable attorney's fees and expert fees; and

d.	Such other relief as this Court deems just and proper.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN, ALLWEISS  & HAUVER, L.L.P.**

*/s/ Michael R. Allweiss*
**MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
ABIGAIL F. GERRITY (#35777)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone:	(504) 581-2450
Facsimile:	(504) 581-2461
Attorneys for Princess Dennar, M.D.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 11th day of December, 2020.

*/s/ Michael R. Allweiss*