UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

**RULE 12(b)(6) MOTION TO DISMISS AND RULE 12(f) MOTION TO STRIKE**

Defendant, The Administrators of the Tulane Educational Fund ("Defendant"), moves to dismiss certain claims asserted by Plaintiff Princess Dennar, M.D. ("Plaintiff") in her Supplemental and Amended Complaint (R. Doc. 15, incorporating claims asserted in R. Doc. 1). Plaintiff failed to adequately plead her state law claim of abuse of rights; her claims under the Louisiana Employment Discrimination Law are not actionable because that statute does not apply to Defendant; and any Title VII claims arising from events that occurred in 2008 – 2009 are prescribed. These claims must therefore be dismissed with prejudice from this proceeding.

Defendant also moves to strike Paragraphs 17 – 19, 28 – 104, 116 – 117, and 134 – 137 from Plaintiff's Complaint, also incorporated into her Supplemental and Amended Complaint. (R. Doc. 1; R. Doc. 15). The factual allegations contained in Paragraphs 28 – 104, 116 – 117, and 134 – 137 are prescribed, and Plaintiff failed to exhaust her administrative remedies as to the allegations contained in Paragraphs 17 – 19. Thus, they are therefore immaterial to her claims. In addition, Paragraphs 17 – 19 contain scandalous allegations which malign and prejudice Defendant despite having no bearing on Plaintiff's claims. These paragraphs must be stricken from Plaintiff's Complaint and Supplemental and Amended Complaint.

1

As more comprehensively set out in the attached memorandum, Tulane respectfully requests that the Court grant an Order providing relief under Fed. R. Civ. P. 12(b)(6) and 12(f).

                          Respectfully Submitted:

By: */s/ Julie D. Livaudais*
    Julie D. Livaudais (La. Bar No. 1183), T.A.
    Walter F. Becker, Jr. (La. Bar No. 1685)
    Rosalie M. Haug (La. Bar No. 37720)
       -of-
    **CHAFFE McCALL, L.L.P.**
    1100 Poydras Street
    2300 Energy Centre
    New Orleans, LA  70163-2300
    Telephone:  (504) 585-7000
    Facsimile: (504) 544-6054
    Email:   livaudais@chaffe.com
               becker@chaffe.com
               haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*