```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

ASHER RUBINSTEIN                              CIVIL ACTION

VERSUS                                        NO: 08-4780

THE ADMINISTRATORS OF THE                     SECTION: "A" (3)
TULANE EDUCATIONAL FUND


### ORDER AND REASONS

Defendant Tulane has filed a Rule 12(b)(6) motion to dismiss (Rec. Doc. 5) certain claims made by Plaintiff, Asher Rubinstein. Rubinstein is a former faculty member in Tulane's Department of Mechanical Engineering. He alleges that he was unlawfully terminated in the aftermath of Hurricane Katrina and that Tulane unlawfully failed to hire him for a vacant faculty position in the Department of Materials Science in 2008.

Tulane moves for partial dismissal on two grounds. First, Tulane asserts that the 2008 hiring claim has not been properly exhausted before the EEOC. On January 27, 2009, Rubinstein filed into the record the Notice of Right to Sue (Rec. Doc. 14) with respect to the 2008 claim. The motion to dismiss is therefore MOOT with respect to this argument.

Second, Tulane moves to dismiss Rubinstein's state law discrimination claims for the same reasons given in Civil Action 07-3352, <u>Karcioglu v. The Administrators of the Tulane Educational Fund</u>, wherein the Court held that Tulane's status as

Exhibit 1

a private, non-profit educational institution takes it outside the reach of Louisiana's discrimination law. (Rec. Doc. 29). In opposition, Rubinstein refers the Court to the opposition that Dr. Karcioglu filed in his case. For the reasons given in Civil Action 07-3352, the motion to dismiss is GRANTED as to the state law discrimination claims.

Accordingly;

**IT IS ORDERED** that the **Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 5)** is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** insofar as Plaintiff's Louisiana Employment Discrimination Law claims are **DISMISSED**. The motion is **DENIED** insofar as Tulane seeks dismissal of the 2008 hiring claim.

February 9, 2009

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2