UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

I, undersigned counsel for Defendant, certify that to the best of my knowledge and belief, The Administrators of the Tulane Educational Fund ("Tulane") is a Louisiana nonprofit corporation doing business as Tulane University. There is no parent corporation and no publicly held corporation has any ownership interest.

Respectfully submitted,

By: */s/ Julie D. Livaudais*
Julie D. Livaudais (La. Bar No. 1183), T.A.
Walter F. Becker, Jr. (La. Bar No. 1685)
Rosalie M. Haug (La. Bar No. 37720)
 -of-
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:   livaudais@chaffe.com
              becker@chaffe.com
              haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*

3982653-1