# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE KAREN WELLS ROBY** |

## EX PARTE/UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND ALL RELATED DATES WITH INCORPORATED MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Princess Dennar, M.D., who moves this Court to continue all dates on the trial calendar and schedule with regard to this case for the following reasons.

The parties recognize that on February 11, 2021, events occurred which will result in Dr. Dennar filing a new EEOC charge, requesting an immediate Right to Sue Letter and then amending her Complaint so as to include therein the new developments.

As the recent events will be integral to plaintiff's claims, and as full investigation and exploration of these new developments will require significant additional time, Plaintiff requests and moves this Court for an Order cancelling all dates on the trial calendar/schedule and asks that a new scheduling conference be set for sixty days from the filing hereof by which time Plaintiff expects she will have filed with the EEOC, received a Right to Sue letter, supplemented and amended the Complaint, served that supplemental and amended Complaint on defendant and allowed defendant sufficient time to respond thereto.

Plaintiff further supports this Motion by noting that Defendant has pending Rule 12(b)(6) motions related to the Original and First Supplemental and Amended Complaint and as a result of

those Motions, Defendant has not yet answered the pending Complaint, all of which further render the current trial calendar and schedule impractical.

Both parties are willing to schedule a status conference with the Court to further discuss should the Court believe that further discussions are appropriate.

> **Respectfully submitted,**
>
> **LOWE, STEIN, HOFFMAN, ALLWEISS**
> **& HAUVER, L.L.P.**
>
> **/s/ Michael R. Allweiss**
> **MICHAEL R. ALLWEISS (#2425)**
> **MELANIE C. LOCKETT (#30601)**
> **ABIGAIL F. GERRITY (#35777)**
> **701 Poydras Street, Suite 3600**
> **New Orleans, Louisiana 70139**
> **Telephone:   (504) 581-2450**
> **Facsimile:    (504) 581-2461**
> **Attorneys for Princess Dennar, M.D.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, email, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 22nd day of February, 2021.

> **/s/ Michael R. Allweiss**
> **MICHAEL R. ALLWEISS**