# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

Considering the above and foregoing;

**IT IS ORDERED** that the trial date and all dates related thereto are continued, to be reset during a telephone status conference to be held on the _____ day of _____, 2021, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____

**UNITED STATES DISTRICT JUDGE**

00596779.WPD;1