MINUTE ENTRY
GUIDRY, J.
March 2, 2021
JS-10 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRINCESS DENNAR, MD                                    CIVIL ACTION

VERSUS                                                 NO: 20-02679

The Administrators of the TULANE                       SECTION: T (4)
EDUCATIONAL FUND

**ORDER**
**JS-10 00:10**

The Court conducted a Status Conference on this date. Appearing were Michael Allweiss

and Melanie Lockett for Plaintiff Dr. Princess Dennar, and Walter Becker and Julie Livaudais for

Defendant Tulane Educational Fund. The Court discussed with the parties the status of the case,

possible amendment of the complaint to add new claims, and the pending Motion to Continue Trial

Date and All Related Dates filed by Plaintiff (R. Doc. 21). Counsel for Defendant stated at the

conference that they had no opposition to a continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue (R. Doc. 21) is GRANTED and all dates

set forth in the Scheduling Order of January 7, 2021 (R. Doc. 20), are CONTINUED. The Court's

Case Manager will set a date to select new trial dates and issue a new scheduling order.

New Orleans, Louisiana, this 2nd day of March 2021.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE