UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## JOINT MOTION FOR PROTECTIVE ORDER

**NOW COME** Plaintiff, Princess Dennar, M.D., and Defendant, The Administrators of the Tulane Educational Fund, who move the Court for a Protective Order regarding deposition testimony and documents to be produced, exchanged or filed in this litigation.  A proposed and agreed upon Protective Order is attached as Exh. 1.  The additions to the model text, proposed on page 2 of the Protective Order because of the nature of this case, are shown in redlining as Exh. 2.

**WHEREFORE**, the Parties pray that the Court issue a Protective Order in the form of the Consent Protective Order attached hereto as Exh. 1.

Respectfully Submitted:

By: */s/ Michael R. Allweiss*
    MICHAEL R. ALLWEISS (#2425)
    MELANIE C. LOCKETT (#30601)
    ABIGAIL F. GERRITY (#35777)
        -of-
**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Facsimile: (504) 581-2461

*Attorneys for Plaintiff, Princess Dennar M.D.*

1

          **-and-**

By: */s/ Julie D. Livaudais*
    Julie D. Livaudais (La. Bar No. 1183), T.A.
    Walter F. Becker, Jr. (La. Bar No. 1685)
    Rosalie M. Haug (La. Bar No. 37720)
        -of-
    **CHAFFE McCALL, L.L.P.**
    1100 Poydras Street
    2300 Energy Centre
    New Orleans, LA  70163-2300
    Telephone:  (504) 585-7000
    Facsimile: (504) 544-6054
    Email:   livaudais@chaffe.com
             becker@chaffe.com
             haug@chaffe.com

***Attorneys for Defendant, The Administrators of the Tulane Educational Fund***