UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## **ORDER**

Having considered the Motion for Protective Order filed jointly by Plaintiff, Princess Dennar, M.D., and Defendant, The Administrators of the Tulane Educational Fund, the Court finds that said Motion should be, and the same hereby is, GRANTED.  The Court will enter the proposed Protective Order into the record.

New Orleans, Louisiana, this _____ day of _____, 2021.

   

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

1

4049051-1