# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE KAREN WELLS ROBY** |
| | * | |

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Princess Dennar, who respectfully moves for an Order enrolling Jessica Vasquez (#27124) of the Vasquez Law Firm as additional counsel of record in accordance with Local Rule 83.2.12.

                              **Respectfully submitted,**

                              **LOWE, STEIN, HOFFMAN, ALLWEISS
                                & HAUVER, L.L.P.**

/s/ Michael R. Allweiss
**MICHAEL R. ALLWEISS (#2425)**
**MELANIE C. LOCKETT (#30601)**
**ABIGAIL F. GERRITY (#35777)**
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone:     (504) 581-2450
Facsimile:      (504) 581-2461
**Attorneys for Princess Dennar, M.D.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, email, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 23rd day of March, 2021.

                                    /s/ Michael R. Allweiss
                                    **MICHAEL R. ALLWEISS**