UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE KAREN WELLS ROBY** |
| | * | |

## O R D E R

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS ORDERED** that Jessica Vasquez (#27124) of the Vasquez Law Firm be and is hereby permitted to enroll as additional attorney of record for plaintiff, Princess Dennar, M.D.

**NEW ORLEANS, LOUISIANA,** this ___ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

00603012.WPD;1