UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR, MD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## ORDER

**IT IS ORDERED** that parties' **JOINT MOTION FOR PROTECTIVE ORDER (R. Doc. 26)** is **DENIED.**

New Orleans, Louisiana, this <u>24th</u> day of March 2021.

_____
**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**