UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

### JOINT MOTION FOR PROTECTIVE ORDER

**NOW COME** Plaintiff, Princess Dennar, M.D., and Defendant, The Administrators of the Tulane Educational Fund, who move the Court for a Protective Order regarding deposition testimony and documents to be produced, exchanged or filed in this litigation. A proposed and agreed upon Protective Order is attached as Exh. 1. The additions to the model text, proposed on page 2 of the Protective Order because of the nature of this case, are shown in redlining as Exh. 2.

**WHEREFORE**, the Parties pray that the Court issue a Protective Order in the form of the Consent Protective Order attached hereto as Exh. 1.

Respectfully Submitted:

By: */s/ Michael R. Allweiss*
    MICHAEL R. ALLWEISS (#2425)
    MELANIE C. LOCKETT (#30601)
       -of-
    **LOWE, STEIN, HOFFMAN,**
    **ALLWEISS & HAUVER, L.L.P.**
    701 Poydras Street, Suite 3600
    New Orleans, Louisiana 70139
    Telephone: (504) 581-2450
    Facsimile: (504) 581-2461

By: */s/ Jessica Vasquez*
Jessica Vasquez, T.A. (La. Bar No. 27124)
VASQUEZ LAW
400 Poydras Street, Ste. 900
New Orleans, LA  70130
Telephone:  (504) 571-9582
Facsimile: (504)  684-1449
Email:     jvasquez@vasquezlawoffice.com

*Attorneys for Plaintiff, Princess Dennar M.D.*

**-and-**

By: */s/ Julie D. Livaudais*
Julie D. Livaudais (La. Bar No. 1183), T.A.
Walter F. Becker, Jr. (La. Bar No. 1685)
Rosalie M. Haug (La. Bar No. 37720)
         -of-
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:     livaudais@chaffe.com
           becker@chaffe.com
           haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*

2

4005213-1