UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

Having considered the foregoing Consent Protective Order, the Court finds that said

Consent Protective Order should be, and the same hereby is, entered into the record.

New Orleans, Louisiana, this _____ day of _____, 2021.


_____
KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE

4081672-1