## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE KAREN WELLS ROBY** |

## MOTION TO REMOVE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Princess Dennar, M.D., who requests that Abigail F. Gerrity (35777) be removed as counsel of record for Princess Dennar, M.D., in these proceedings. Ms. Gerrity, who is no longer with Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P., has given consent for the removal of her name as counsel for Princess Dennar, M.D. Undersigned counsel submits that this removal of counsel will not delay any scheduled matters or deadlines.

        Respectfully submitted,

        **LOWE, STEIN, HOFFMAN, ALLWEISS**
          **& HAUVER, L.L.P.**

        */s/ Michael R. Allweiss*
        **MICHAEL R. ALLWEISS (#2425)**
        **MELANIE C. LOCKETT (#30601)**
        701 Poydras Street, Suite 3600
        New Orleans, Louisiana 70139
        Telephone:   (504) 581-2450
        Facsimile:    (504) 581-2461

        **Attorneys for Princess Dennar, M.D.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, email, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 22nd day of April, 2021.

/s/ Michael R. Allweiss
**MICHAEL R. ALLWEISS**