## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE KAREN WELLS ROBY** |
| | * | |

## ORDER

Considering the above and foregoing Motion;

**IT IS ORDERED** that Abigail F. Gerrity (35777) be removed as counsel of record for Princess Dennar, M.D.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
**JUDGE**

00610462.WPD;1