UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

**EXPARTE UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Princess Dennar, M.D. ("Dr. Dennar"), who moves this Honorable Court for an Order granting leave to file the attached Second Supplemental and Amended Complaint for the reasons set forth below.

On October 1, 2020, Dr. Dennar filed her original Complaint (Rec. Doc. 1) and later filed a First Supplemental and Amended Complaint on December 11, 2020 (Rec. Doc. 13) based on additional claims that were ripened after a Right to Sue letter was received. Subsequent to filing these Complaints, Dr. Dennar asked for and received on April 6, 2021, a Right to Sue Letter with respect to EEOC Charge No. 461-2021-00959 related to retaliation claims.

Further events have occurred between October, 2020 and February 2021 which result in additional claims for Retaliation under Title VII and violations of 42 USC §1981. The purpose of the Second Supplemental and Amended Complaint is to add these claims and bring to the Court and the parties' attention the issuance of a second Right to Sue Letter which, to the extent any allegations were to be argued as not having ripened due to the absence of a Right to Sue Letter or to otherwise not be properly before the Court in the absence of a Right to Sue Letter, the Right to Sue Letter in Charge No. 461-2021-00959, is attached to the proposed Second Supplemental and Amended Complaint as Exhibit "A," makes all allegations in the original Complaint ripe and appropriate for consideration by this Court.

1

Counsel for Defendant has been contacted and has no objection to the filing of the Second Supplemental and Amended Complaint.

WHEREFORE, Plaintiff, Dr. Princess Dennar, prays that she be granted leave of Court to file her Second Supplemental and Amended Complaint.

Dated: May 17, 2021

/s/ **MICHAEL R. ALLWEISS**
LOWE, STEIN, HOFFMAN, ALLWEISS
& HAUVER, L.L.P.
MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
Attorneys for Princess Dennar, M.D.

-and-

/s/ **JESSICA VASQUEZ**
JESSICA VASQUEZ (#27124)
VASQUEZ LAW OFFICE
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
jvasquez@vasquezlawoffice.com
Attorneys for Princess Dennar, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CMIECF or by hand delivery, fax, Federal Express, email, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this _17_ day of May, 2021.

/s/__JESSICA VASQUEZ_____
JESSICA VASQUEZ

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, email, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this __17___ day of May , 2021.

                                            /s/__JESSICA VASQUEZ_____
                                            JESSICA VASQUEZ