UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## JOINT STATUS REPORT

**NOW COME** Plaintiff, Princess Dennar, M.D., and Defendant, The Administrators of the Tulane Educational Fund, who respectfully submit this joint status report in compliance with the Court's Scheduling Order (R. Doc. 27).

**I.      Listing of all parties and counsel who represent the parties.**

Plaintiff: Princess Dennar, M.D., represented by Michael R. Allweiss and Melanie C. Lockett of Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P., and Jessica Vasquez of Vasquez Law.

Defendant: The Administrators of the Tulane Educational Fund ("Tulane"), represented by Julie D. Livaudais, Walter F. Becker, Jr., and Rosalie M. Haug of Chaffe McCall, L.L.P.

**II.     Listing of Motions pending.**

Tulane filed a Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike certain claims asserted by Plaintiff in her Supplemental and Amended Complaint on December 16, 2020, which was submitted for decision on January 6, 2021.  Oral argument was not requested and the parties do not anticipate that an evidentiary hearing will be needed.  The outcome of this Motion will direct how the parties proceed in discovery in this matter.

Plaintiff has filed an ex parte Motion for Leave to File Second Amended Complaint which is unopposed.

1

4113355-1

**III.      Listing of dates and times of deadlines.**

No status conferences are presently set.  The pretrial conference is scheduled for Wednesday, December 29, 2021 at 10:00 a.m.  A jury trial is scheduled to begin on Monday, January 24, 2022 at 9:30 a.m. and is estimated to last seven days.

**IV.      Brief description of factual and legal issues.**

Plaintiff, Dr. Princess Dennar, a black female Assistant Professor in the clinical track and former Program Director of the Internal Medicine-Pediatrics Residency Program at the Tulane University School of Medicine, asserted claims of discrimination on the bases of race and gender against Tulane pursuant to Title VII, the Louisiana Employment Discrimination Law ("LEDL"), 42 USC §1981, and abuse of rights pursuant to Louisiana law.

Tulane filed a Rule 12(b)(6) Motion to Dismiss and to Strike Pursuant to Rule 12(f) asserting that Plaintiff failed to adequately plead her state law claim of abuse of rights; her claims under the LEDL are not actionable because that statute does not apply to Tulane; several of her claims are barred on their face by the applicable statutes of limitations; and that to streamline the pleadings many of Plaintiff's allegations should be stricken.

Plaintiff has opposed the motion to dismiss asserting that the abuse of rights claim has been adequately pleaded and the Title VII claims are timely, and withdrew her LEDL claim.  Plaintiff further opposed Defendant's motion to strike as the allegations at issue are relevant to establish Defendant's ongoing intent to engage in unlawful discrimination.  Plaintiff filed a Motion for Leave to File Supplemental and Amended Complaint on this date. In the proposed Second Supplemental and Amended Complaint, Plaintiff newly asserts claims under 42 USC § 1981. These legal questions remain to be decided.

4113355-1

Although Tulane has not yet filed an Answer in this matter because of its pending 12(b)(6) Motion, Tulane denies that the factual allegations set forth in Plaintiff's Complaint occurred as written.  Further, Tulane responds that Plaintiff was treated fairly at all times and that all actions it has taken were in good faith and based on legitimate, non-discriminatory reasons.

**V.      Listing of remaining discovery.**

The parties have exchanged written discovery and agreed to an ongoing rolling production of documents responsive to the 112 Requests for Production propounded by Plaintiff to date in this case.  Depositions have not yet been scheduled.

**VI.      Description of settlement negotiation status.**

The parties previously participated in mediation with the EEOC.  To date, settlement discussions have been unsuccessful.

Respectfully Submitted:

By: */s/ Michael R. Allweiss*
   MICHAEL R. ALLWEISS (#2425)
   MELANIE C. LOCKETT (#30601)
         -of-
   **LOWE, STEIN, HOFFMAN,**
    **ALLWEISS & HAUVER, L.L.P.**
   701 Poydras Street, Suite 3600
   New Orleans, Louisiana 70139
   Telephone: (504) 581-2450
   Facsimile: (504) 581-2461

 By:  */s/ Jessica Vasquez*
   Jessica Vasquez, T.A. (La. Bar No. 27124)
   **VASQUEZ LAW**
   400 Poydras Street, Ste. 900
   New Orleans, LA  70130
   Telephone:  (504) 571-9582
   Facsimile: (504)  684-1449
   Email:      jvasquez@vasquezlawoffice.com
   ***Attorneys for Plaintiff, Princess Dennar M.D.***

   **-and-**

3

4113355-1

By:  */s/ Julie D. Livaudais*
Julie D. Livaudais (La. Bar No. 1183), T.A.
Walter F. Becker, Jr. (La. Bar No. 1685)
Rosalie M. Haug (La. Bar No. 37720)
-of-
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:     livaudais@chaffe.com
becker@chaffe.com
haug@chaffe.com
*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*

4