UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## **ORDER**

Considering the Motion for Leave to File (R. Doc. 36);

IT IS ORDERED that Princess Dennar, M.D., be granted leave of court to file her Second Supplemental and Amended Complaint.

New Orleans, Louisiana, this  1st  day of          June          , 2021.

_____
UNITED STATES DISTRICT JUDGE