UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR** | **CIVIL ACTION** |
| **VERSUS** | **NO:  20-2679** |
| **TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## ORDER

On June 25, 2021, Plaintiff's counsel reached out to the Court to discuss discovery issues surrounding Defendant Tulane's rolling production and requesting a status conference on the same. Accordingly,

**IT IS ORDERED** that all parties shall attend a status conference **via video conference** before the undersigned United States Magistrate Judge at **2:30 p.m. on Thursday, July 8, 2021**. The undersigned's chamber shall provide further instruction on initiating the video conference call with the Court via email communications.[1]

New Orleans, Louisiana, this 6th day of July 2021.

_____
**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] *Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.*