MINUTE ENTRY
ROBY, M.J.
7/8/2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2679** |
| **TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

LAW CLERK:          Destinee N. Andrews
COURT REPORTER:     Karen Ibos

Appearances:   **Michael Richard Allweiss**, **Jessica Michelle Vasquez**, **Melanie Lockett** for Plaintiff.
**Julie Durel Livaudais** and **Rosalie Margaret Haug** for Defendant.

## MINUTE ENTRY AND ORDER

The parties discussed the status of discovery, and when exactly Defendant's production would be complete, which has been flowing in continuously on rolling productions. The Plaintiff sought the Defendant certify the production is complete, but the Court told Plaintiff that certification is neither necessary nor required in federal courts. The parties discussed the next production, which should be the Defendant's last production based on the agreed upon search terms so far. The Defendant explained all potentially relevant documents have been pulled from the system, but 3,000 documents have been flagged for further review of responsiveness and privilege. The Court ordered the documents to be produced **no later than Friday, July 16, 2021**. The Court further held that, should any documents be withheld, the Defendant also produce an accompanying privilege log at the same time. The Court discussed the adoption of ESI Protocol to guide the rest of discovery given Plaintiff's want for additional search terms/custodians. No resolution was made as to the same.

New Orleans, Louisiana, this 9th day of July 2021.

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**MJSTAR: 00:25**