UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant, the Administrators of the Tulane Educational Fund ("Tulane"), will submit for decision its 12(b)(6) Motion to Dismiss and 12(f) Motion to Strike before the Honorable Greg G. Guidry, United States District Judge for the Eastern District of Louisiana, on Wednesday, August 4, 2021, at 9:00 a.m.

Respectfully Submitted:

By: */s/ Walter F. Becker, Jr.*
    Julie D. Livaudais (La. Bar No. 1183), T.A.
    Walter F. Becker, Jr. (La. Bar No. 1685)
    Rosalie M. Haug (La. Bar No. 37720)
        -of-
    **CHAFFE McCALL, L.L.P.**
    1100 Poydras Street
    2300 Energy Centre
    New Orleans, LA  70163-2300
    Telephone:  (504) 585-7000
    Facsimile: (504) 544-6054
    Email:    livaudais@chaffe.com
              becker@chaffe.com
              haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*

1