UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| VERSUS | * | NO. 2:20-cv-2679 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | * | JUDGE GREG GERARD GUIDRY |
| | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## PLAINTIFF'S EXPARTE MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF TWENTY-FIVE PAGES

In accordance with Rule 7.7 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Plaintiff, Princess Dennar, M.D., respectfully requests that this Court grant her leave to file a Memorandum in excess of twenty-five pages in opposition to the Motion to Dismiss and Motion to Strike filed by Tulane.

The Memorandum in Opposition is 30 pages long. Plaintiff's Complaint includes claims for discrimination in employment in violation of Title VII of the Civil Rights Act, a claim for retaliation in employment in violation of Title VII of the Civil Rights Act, a claim for Section 1981, and an abuse of rights claim under state law. Tulane filed two motions in one document, a Motion to Dismiss and a Motion to Strike, both of which must be fully addressed by the Plaintiff in her opposition.

In light of these combined motions, Dr. Dennar's Memorandum in Opposition to the Motion to Dismiss and Motion to Strike is in excess of the 25-page limit. Under these circumstances, Plaintiff respectfully requests that this Court grant it leave to file in excess of the page limit of its Memorandum in Opposition to the Motion to Dismiss and Motion to Strike.

Dated: July 27, 2021                            Respectfully submitted,

                                                LOWE, STEIN, HOFFMAN, ALLWEISS
                                                 & HAUVER, L.L.P.

                                                */s/ Melanie C. Lockett*
                                                MICHAEL R. ALLWEISS (#2425)
                                                MELANIE C. LOCKETT (#30601)
                                                701 Poydras Street, Suite 3600
                                                New Orleans, Louisiana 70139
                                                Telephone:  (504) 581-2450
                                                Facsimile:  (504) 581-2461
                                                Attorneys for Princess Dennar, M.D.


                                                        -and-

                                                /s/ *Jessica Vasquez*
                                                JESSICA VASQUEZ (#27124)
                                                VASQUEZ LAW OFFICE
                                                400 Poydras Street, Suite 900
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 571-9582
                                                Facsimile: (504) 684-1449
                                                jvasquez@vasquezlawoffice.com
                                                Attorneys for Princess Dennar, M.D.