# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER FOR EXPARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Considering the foregoing Ex Parte Motion for Leave to Exceed Page Limits:

IT IS HEREBY ORDERED ADJUDGED that the Motion is GRANTED and the Opposition to the Motion to Dismiss and Motion to Strike is hereby filed into the record.

Rendered this _____ day of July, 2021 in New Orleans, Louisiana.

                                                                  _____
                                                                  HONORABLE GREG GUIDRY
                                                                  UNITED STATE DISTRICT COURT JUDGE
                                                                  EASTERN DISTRICT OF LOUISIANA