UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN ROBY** |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Princess Dennar, M.D. ("Dr. Lasky") who, pursuant to Local Rule 78.1, respectfully request this Honorable Court entertain oral argument on her Opposition to the Motion to Dismiss Pursuant to Rule 12(b)(6) and to Motion to Strike Pursuant to Rule 12(f). Dr. Dennar believes oral argument will assist the Court in addressing the issues raised in her opposition.

Dated: July 27, 2021                    Respectfully submitted,

                                                 LOWE, STEIN, HOFFMAN, ALLWEISS
                                                  & HAUVER, L.L.P.

                                                  */s/ Melanie C. Lockett*
                                                  MICHAEL R. ALLWEISS (#2425)
                                                  MELANIE C. LOCKETT (#30601)
                                                  701 Poydras Street, Suite 3600
                                                  New Orleans, Louisiana 70139
                                                  Telephone:  (504) 581-2450
                                                  Facsimile:  (504) 581-2461

-and-

/s/ *Jessica Vasquez*
JESSICA VASQUEZ (#27124)
VASQUEZ LAW OFFICE
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
jvasquez@vasquezlawoffice.com
Attorneys for Princess Dennar, M.D.