UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN ROBY** |

## ORDER

Having considered the Request for Oral Argument filed by Dr. Princess Dennar, M.D. ("Dr. Dennar"), IT IS ORDERED that the Request for Oral Argument is GRANTED. Oral argument shall be conducted on the _____ day of _____, 2021, at _____ a.m. / p.m.

New Orleans, Louisiana, this ____ day of July, 2021.

_____
HONORABLE GREG GUIDRY
UNITED STATE DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA