# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

Considering the Ex Parte Motion for Leave to Exceed Page Limits (R. Doc. 44):

IT IS ORDERED that the Motion is GRANTED and the Opposition to the Motion to Dismiss and Motion to Strike is hereby filed into the record.

This 29th day of July, 2021 in New Orleans, Louisiana.

_____
HONORABLE GREG GERARD GUIDRY
UNITED STATE DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA