UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRINCESS DENNAR, MD | CIVIL ACTION |
| VERSUS | NO: 20-02679 |
| The Administrators of the TULANE EDUCATIONAL FUND | SECTION: T (4) |

## ORDER

    Before the Court is a Motion to Dismiss for Failure to State a Claim and Motion to Strike filed by Defendant. R. Doc. 17. Since the filing of that Motion, Plaintiff was permitted to file an amended complaint adding new claims. R. Doc. 39. In its recently filed Motion to Dismiss for Failure to State a Claim and Motion to Strike (R. Doc. 43), Defendant states the arguments set forth in its prior motions (R. Docs. 17 and 40, which was deemed deficient), are now superseded by those set forth in its more recent Motion to Dismiss (R. Doc. 43). Accordingly, to avoid any confusion,

    **IT IS ORDERED** that the Motion to Dismiss (R. Doc. 17) is DISMISSED AS MOOT. The Court will consider only the Motion filed at R. Doc. 43 and the Response in opposition filed at R. Doc. 46.

    New Orleans, Louisiana, this 30th day of July 2021.

_____<br>
GREG GERARD GUIDRY<br>
UNITED STATES DISTRICT JUDGE