UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
TO PLAINTIFF'S OPPOSITION OF DEFENDANT'S MOTION TO DISMISS PURSUANT
TO RULE 12(b)(6) AND TO STRIKE PURSUANT TO RULE 12(f)**

Defendant, The Administrators of the Tulane Educational Fund ("Tulane"), respectfully moves this Honorable Court for an Order granting it leave to file a Reply Memorandum TO Plaintiff's Opposition of Defendant's Motion to Dismiss and Strike (R. Doc. 43).

Tulane filed its Motion to Dismiss and Strike on July 20, 2021. (R. Doc. 43). Plaintiff's Opposition and request that the Court grant Oral Argument were entered into the record on July 29, 2021. (R. Doc. 46; R. Doc. 47). Tulane now moves for leave to file the attached Reply Memorandum to clarify the record and address the correct standards of law under which Plaintiff must plead her claims.

Tulane therefore respectfully requests that this Motion be granted and that that the Court grant it leave to file the attached Reply Memorandum. A proposed Order is attached for the Court's convenience.

                                            Respectfully Submitted:

                                            By: */s/ Walter F. Becker, Jr.*
                                                Julie D. Livaudais (La. Bar No. 1183), T.A.
                                                Walter F. Becker, Jr. (La. Bar No. 1685)
                                                Rosalie M. Haug (La. Bar No. 37720)
                                                    -of-

1

2

**CHAFFE McCALL, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:     livaudais@chaffe.com
           becker@chaffe.com
           haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*

2

4273322-1