UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

Considering the foregoing Motion for Leave (R. Doc. 51),

**IT IS ORDERED** that Defendant's Motion for Leave to File a Reply Memorandum to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and Strike is hereby **GRANTED**. Defendant's Reply Memorandum shall be filed into the record.

New Orleans, Louisiana, this  3rd  day of    August   , 2021.

_____
**HONORABLE GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**