UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE KAREN WELLS ROBY |

## **MOTION TO COMPEL**

Plaintiff, Princess Dennar, M.D., seeks an order to compel the removal of redactions from material evidence and the production of material evidence that Defendant has failed to produce and that is still outstanding and necessary to prove the elements of the case. The parties engaged in several meet and confer meetings on May 4, 2021, May 5, 2021 and July 8, 2021 and have been unable to resolve issues regarding wrongfully redacted documents and outstanding requests that are subject to objections. For the reasons set forth in the Memorandum in Support of the Motion to Compel, Plaintiff seeks an order compelling those documents requested within ten days of the order.

Dated: August 3, 2021

/s/ **MICHAEL R. ALLWEISS**
LOWE, STEIN, HOFFMAN, ALLWEISS
& HAUVER, L.L.P.
MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
Attorneys for Princess Dennar, M.D.

-and-

/s/ **JESSICA VASQUEZ**
JESSICA VASQUEZ (#27124)
VASQUEZ LAW OFFICE
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
jvasquez@vasquezlawoffice.com
Attorneys for Princess Dennar, M.D.