

# Chaffe McCall LLP

**Julie D. Livaudais**
Managing Partner

Direct Dial No. (504) 585-7007
Direct Fax No. (504) 544-5054
E-mail: livaudais@chaffe.com

March 1, 2021

**VIA EMAIL AND U.S. MAIL**
Michael R. Allweiss, Esq.
Lowe, Stein, Hoffman, Allweiss & Hauver
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139

Re:   **Princess Dennar, M.D. v. The Administrators of the Tulane Educational Fund
No. 2:20-cv-2679, U.S. District Court for the Eastern District of Louisiana**

Dear Mickey:

As requested, we provide the following proposed search terms to identify responsive documents to the requests below. That Tulane is proposing search terms does not forfeit Tulane's right to object to any or all portions of the Requests for Production discussed herein. Please be aware that Tulane has multiple methods of obtaining responsive documents and that the use of search terms is not intended to represent the entirety of Tulane's efforts to respond to your Requests for Production.

**REQUEST FOR PRODUCTION NO. 9:**

With respect to ATLAS, please produce any and all correspondence to, from, or among Lee Hamm, Jeffrey Wiese, Princess Dennar, and/or any employee of Tulane, including President Fitts, mentioning or commenting in any way on the use of, creation of, purchase of, modification(s) to, bias(es) in weighing of HBCUs, and/or elimination of the use of ATLAS insofar as it weighed or in any way evaluated HBCUs or graduates of HBCUs.

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 103 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 801 Travis Street, Suite 1910 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806
Lake Charles: One Lakeshore Drive Suite 1640A • Lake Charles, LA 70629 • Tel: (337) 419-1825 • Fax: (504) 585-7075
www.chaffe.com

4022314-1

March 1, 2021
Page 2

**PROPOSED SEARCH TERMS:**

Tulane is unable to search the inboxes of all employees of Tulane for the term "ATLAS." We propose the following:

Exchanges between: Lee Hamm, Jeffery Wiese, Princess Dennar, Monique Dykes, Trenell Smith, Program Coordinators List Serve, and/or Mike Fitts

Keyword: ATLAS AND "historically black" OR "African-American" OR "HBCU"

Date range: January 1, 2014 – present

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all emails, correspondence, evaluations, reports, analyses, summaries, or other communications to or from Lee Hamm, Jeffrey Wiese, Paul Gladden, Sue Pollack, Samir El-Dahr, Nicolas Verne, Vecihi Batuman, Deborah Love, Wendy Starks, Dr. "Tonette" Krousel-Wood, Provost Robin Forman, and/or President Michael Fitts which mention, refer to, comment in any way on, or pertain to Dr. Princess Dennar regarding her hiring, promotion, income, job duties, job performance, status, any complaint made by or as to Dr. Dennar, and/or any investigation into or inquiry made concerning any complaint made by or against her. We do not seek communications exclusively between any Tulane employee and Tulane's Office of General Counsel and the law firm of Chaffe McCall which seek legal advice. We do seek all communications from any person with Tulane or from Chaffe McCall to or from any person at Ogletree.

**PROPOSED SEARCH TERMS:**

Tulane is unable to search these inboxes for every mention of Dr. Dennar. We propose the following:

Emails to or from: Lee Hamm, Jeffery Wiese, Paul Gladden, Sue Pollack, Samir El-Dahr, Nicolas Verne, Vecihi Batuman, Deborah Love, Wendy Starks, Dr. Tonette Krousel-Wood, Robin Forman, Michael Fitts

Keyword: Dennar AND hire OR performance OR promote OR reappoint OR appoint OR salary OR evaluation OR "job description" OR complaint OR investigation OR OIE

Date range: January 1, 2008 – present

4022314-1

March 1, 2021
Page 3

**REQUEST FOR PRODUCTION NO. 17:**

Please produce all emails, memoranda, correspondence, and meeting Minutes which analyze, comment on, and/or address the propriety or impropriety of using ATLAS as modified by or at the request of Dr. Jeffrey Weise for recruiting purposes.

**PROPOSED SEARCH TERMS**:

Emails to or from: Jeffery Wiese

Keyword: ATLAS AND recruiting AND modify OR update OR appropriate OR propriety

Date range: January 1, 2014 – present

**REQUEST FOR PRODUCTION NO. 18:**

Please produce all documents discussing and/or commenting on the issue of providing or not providing Dr. Princess Dennar the status of core faculty or taking away from her the status of core faculty.

**PROPOSED SEARCH TERMS**:

We are not sure that the term "core faculty" is a term actually used at Tulane, but we are willing to search as follows.

Emails to or from: Lee Hamm, Jeffery Wiese, John Carlson, Deepa Bhatnagar, Paul Gladden, Samir El-Dahr, Nicolas Verne, Vecihi Batuman, Princess Dennar

Keyword: Dennar AND "core faculty" AND "Internal Medicine" OR "IM"

Date Range: December 1, 2018 – present

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all documents discussing and/or addressing in any way Dr. Princess Dennar's access to, use of and/or removal of access to or use of MedHub and/or Red Wiki.

4022314-1

March 1, 2021
Page 4

**PROPOSED SEARCH TERMS**:

Emails to or from: Princess Dennar

Keyword: access AND "RedWiki" OR "MedHub"

Date Range: January 1, 2019 – January 1, 2020

**REQUEST FOR PRODUCTION NO. 22:**

     Please produce all documents discussing and/or addressing in any way the relocation of Dr. Princess Dennar's office and the Med-Peds Program.

**PROPOSED SEARCH TERMS**:

Emails to or from: Princess Dennar, Lee Hamm, Sue Pollack

Keyword: office AND Hutchinson OR Murphy

Date Range: January 1, 2019 – January 1, 2020

**REQUEST FOR PRODUCTION NO. 23:**

     Please produce all communications between Jeffrey Wiese and any other human being about, concerning, addressing, or constituting a request or solicitation, or commenting on a request or solicitation to reduce the number of Med-Peds Residents and/or allowing or considering the transfer of any Med-Peds Resident.

**PROPOSED SEARCH TERMS**:

     Tulane is unable to search for every communication between Jeff Wiese and every human being. We have included the names of the residents you identify in RFP no. 58 as being involved in a request to transfer. If you have additional names of residents, please identify them.

Emails to or from: Jeffery Wiese

Keyword: Med-Peds AND match AND quota OR allotment
Keyword: Med-Peds AND resident AND transfer AND (Priya OR Pal OR Aaron OR Doobie)

Date range: January 1, 2018 – present

4022314-1

March 1, 2021
Page 5

**REQUEST FOR PRODUCTION NO. 41:**

Please produce copies of any and all correspondence from or to Special Review Committee members regarding Med Peds and/or Dr. Dennar (this includes, but is not limited to, correspondence from and to Paul Gladden, Paul Friedlander, Lauren Lim, Rebecca Schroll, Sue Pollack, Rhonda Coignet, Linzie Conners, Nathaniel Glasser, Sarah Himmelfarb, Natasha Lee, Abraham Mathai, Rebecca Kemnitz, Ksharma Bhyravabhotla, Justin Rabon, Vinay Krupadev, Thao Le, Arunuva Sarma, Mary Jenkins, Jack Hou, Madeline Goldberg, Victor Rameriz, Katherine Rilett, Pallavi Mishra, Taylor Katt, Alexis Katz, Amber Harderman, Angela Dicosola, Lontrica Wilson, Berenice Gerard, and Dwana Smoothers).

**PROPOSED SEARCH TERMS**:

We request that you narrow this request to reflect that you are seeking copies of correspondence from these individuals regarding the Special Review.

Emails to or from: Paul Gladden, Paul Friedlander, Lauren Lim, Rebecca Schroll, Sue Pollack, Rhonda Coignet, Linzie Conners, Nathaniel Glasser, Sarah Himmelfarb, Natasha Lee, Abraham Mathai, Rebecca Kemnitz, Ksharma Bhyravabhotla, Justin Rabon, Vinay Krupadev, Thao Le, Arunuva Sarma, Mary Jenkins, Jack Hou, Madeline Goldberg, Victor Rameriz, Katherine Rilett, Pallavi Mishra, Taylor Katt, Alexis Katz, Amber Harderman, Angela Dicosola, Lontrica Wilson, Berenice Gerard, and Dwana Smoothers

Possible Keywords, depending on limitation: "Special Review" AND Med-Peds OR Dennar

Date range: January 1, 2019 – present

**REQUEST FOR PRODUCTION NO. 49:**

Please produce copies of any and all correspondence between ACGME and Dr. Wiese, Dean Hamm, or Tulane counsel regarding citations concerning IM and Med-Peds residency from 2018 to present.

**PROPOSED SEARCH TERMS**:

Tulane objects to the request in so far as it seeks documents protected by work-product and/or attorney-client privilege.

Emails to or from: Jeffery Wiese, Lee Hamm

Keyword: ACGME AND "citation" AND Med-Peds OR "Internal Medicine" OR "IM"

Date range: January 1, 2018 – present

4022314-1

March 1, 2021
Page 6

**REQUEST FOR PRODUCTION NO. 50:**

Please produce copies of any and all correspondence between IM-RC and Dr. Wiese, Dean Hamm, or Tulane counsel regarding citations of IM and Med-Peds residencies from 2018 to present.

**PROPOSED SEARCH TERMS**:

Tulane objects to the request in so far as it seeks documents protected by work-product and/or attorney-client privilege.

Emails to or from: Jeffery Wiese, Lee Hamm
Keyword: IM-RC AND "citation" AND Med-Peds OR "Internal Medicine" OR "IM"

Date range: January 1, 2018 – present

**REQUEST FOR PRODUCTION NO. 51:**

Please produce copies of any and all correspondence between or among each or any of the following: Dean Hamm, Dr. Wiese, and members of GME regarding any ACGME site visit from 2018- 2020 (this includes, but is not limited to, correspondence from and to Paul Gladden, Jonathan Gugel, Benjamin Rothwell, Deepa Bhatnagar, Robert Miller, Anthony Marsh, Rhonda Coignet, Linzie Conners, Reonda Victor, John Schieffelin, Trenell Smith, and Sue Pollack).

**PROPOSED SEARCH TERMS**:

Tulane plans to object to the relevancy of any site visits beyond those to Med-Peds.

Emails to or from: Jeffery Wiese, Lee Hamm, Paul Gladden, Jonathan Gugel, Benjamin Rothwell, Deepa Bhatnagar, Robert Miller, Anthony Marsh, Rhonda Coignet, Linzie Conners, Reonda Victor, John Schieffelin, Trenell Smith, and Sue Pollack

Keyword: Med-Peds AND ACGME AND "site visit"

Date range: January 1, 2018 – present

March 1, 2021
Page 7

**REQUEST FOR PRODUCTION NO. 53:**

Please produce copies of any and all correspondence or other communications regarding Med Peds finances and financial support between Dean Hamm, Dr. Wiese, or members of GME 2009--2020 (this includes, but is not limited to, correspondence from and to Sue Pollack, Margaret Bell, Phyllis Douglas, Deborah England, Monique Dyke, Joell Lee, Chair IM Nicholas Verne, Interim Chair Vecihi Batuman, Peds Chair Samir El-Dahr, Dwana Smoother, John Carlson, Cheryl Dempsey, Angelle Reis, Phillip Williams, Reonda Victor, and Trenell Smith).

**PROPOSED SEARCH TERMS:**

We request that you first narrow the very broad terms "finances and financial support."

Emails to or from: Jeffery Wiese, Lee Hamm Sue Pollack, Margaret Bell, Phyllis Douglas, Deborah England, Monique Dyke, Joell Lee, Nicholas Verne, Vecihi Batuman, Samir El-Dahr, Dwana Smoother, John Carlson, Cheryl Dempsey, Angelle Reis, Phillip Williams, Reonda Victor, and Trenell Smith)

Possible Keywords, depending on a better definition of "finances and financial support:" Med-Peds AND finance OR budget OR spending

Date range: January 1, 2014 – present

**REQUEST FOR PRODUCTION NO. 54:**

Please produce copies of any and all correspondence regarding Med Peds, Dr. Dennar, and the Med Peds Residency from or to one or more of the following: Dean Hamm, Dr. Wiese, President Fitts and Provost Forman.

**PROPOSED SEARCH TERMS:**

Tulane is unable to search for every communication from Jeff Wiese and Lee Hamm regarding the Med-Peds Residency Program, as it is one of the departments they oversee and a search for the keyword "Med-Peds" would return innumerous results.

Emails from: Jeffery Wiese OR Lee Hamm to Mike Fitts OR Robin Forman

Keyword: Med-Peds AND Dennar
Keyword: Med-Peds AND resident AND transfer

Date range: January 1, 2018 – present

4022314-1

**REQUEST FOR PRODUCTION NO. 58:**

Please produce any and all correspondence about residency transfer or referencing Dr. Dennar between two or more of the following: Dr. Wiese, John Carlson, Deepa Bhatnagar, Gerald Taggart about Dr. Dennar, Pryia Pal and Aaron Doobie.

**PROPOSED SEARCH TERMS:**

This request will need to be narrowed from the "referencing Dr. Dennar" description, as that is grossly overbroad.

Emails to or from: Jeffery Wiese, John Carlson, Deepa Bhatnagar, Gerald Taggart

Keyword: Med-Peds AND resident AND transfer AND (Dennar OR Priya OR Pal OR Aaron OR Doobie).

Date range: January 1, 2018 – present

**REQUEST FOR PRODUCTION NO. 59:**

Please produce any and all correspondence to, from, between or among any of the following: Dr. Wiese, Dr. Paul Gladden, Dr. Friedlander, Dr. Schroll, Dr. El-Dahr, Dr. Batuman, and Dr. John Carlson about the Med Peds resident complement (number) from 2014 to present.

**PROPOSED SEARCH TERMS:**

Emails to or from: Jeffery Wiese, Paul Gladden, Paul Friedlander, Rebecca Schroll, Samir El-Dahr, Vecihi Batuman, John Carlson

Keyword: Med-Peds AND resident AND complement OR number

Date range: January 1, 2014 – present

If this correspondence is unclear or if you have any further questions, please let me know.

Very truly yours,

Julie D. Livaudais

4022314-1