## LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW
SUITE 3600
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-7735
www.LOWESTEIN.com
TELEPHONE (504) 581-2450
FACSIMILE (504) 581-2461

WRITER'S EMAIL:

mallweiss@lowestein.com

ROBERT C. LOWE†
MARK S. STEIN*◊
MITCHELL J. HOFFMAN ††
MICHAEL R. ALLWEISS
MAX J. COHEN⁽¹⁾
DAVID M. PRADOS†‡
SUZETTE MARIE SMITH†
PAULA H. LEE
GREGORY S. MARSIGLIA
MELANIE C. LOCKETT
ABIGAIL F. GERRITY

TERENCE L. HAUVER
(1947-2002)

OF COUNSEL
ELLEN WIDEN KESSLER

* LL.M. IN TAXATION
◊ BOARD CERTIFIED TAX ATTORNEY
CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
+ A PROFESSIONAL LAW CORPORATION
†BOARD CERTIFIED FAMILY LAW SPECIALIST CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
‡APPELLATE PRACTICE SPECIALIST CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
(1)ALSO ADMITTED IN TEXAS

March 23, 2021

**VIA EMAIL**
Julie Livaudais, Esq.

   Re: Princess Dennar, MD., FACP., FAAP., CCHC

Dear Julie:

   We are providing the following responses and requests to expand Tulane's proposed search for electronically stored documents responsive to outstanding requests for production of documents. The below follows the form of your correspondence, dated March 1, 2021. Each request for production at issue is followed by Tulane's proposed search and Plaintiff's request for expanded search.

**REQUEST FOR PRODUCTION NO. 9**:

   With respect to ATLAS, please produce any and all correspondence to, from, or among Lee Hamm, Jeffrey Wiese, Princess Dennar, and/or any employee of Tulane, including President Fitts, mentioning or commenting in any way on the use of, creation of, purchase of, modification(s) to, bias(es) in weighing of HBCUs, and/or elimination of the use of ATLAS insofar as it weighed or in any way evaluated HBCUs or graduates of HBCUs.

**TULANE'S PROPOSED SEARCH:**

   Exchanges between: Lee Hamm, Jeffery Wiese, Princess Dennar, Monique Dykes, Trenell Smith, Program Coordinators List Serve, and/or Mike Fitts

   Keyword: ATLAS AND "historically black" or "African-American" or "HBCU"

   Date range: January 1, 2014 - present.

{00605150.DOCX;1}

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 2

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Exchanges between: All Residency and Fellowship Program Directors, Sue Pollack, Rhonda Coignet, Robin Forman, Margaret Bell, Helen Weisler, Joell Lee, Reonda Victor, Nicolas Verne, Vecihi Batuman, Samir El-Dahr, Tonette Krousel-Wood, Scott Cowen, Jessica DeBord, Vy Anh Mai, Sonia Malhotra, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Kimberly Mukerjee, Craig Lotterman, Gabrielle Bulett-Mills, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams, Shantay Bolton, Terina Walker, Ruth Riley, Linzi Conners, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams

Keyword: ATLAS and "black" or "minorit!" or "modification" or "purchase" or "bias" or "graduat!"or "innate" or "competiti" or "quality" or "qualified" or "score" or "Hispanic" or "rank!" or "U.S. News" or "World Report" or "USNWR!"

Date range: January 1, 2008 - present.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all emails, correspondence, evaluations, reports, analyses, summaries, or other communications to or from Lee Hamm, Jeffrey Wiese, Paul Gladden, Sue Pollack, Samir El- Dahr, Nicolas Verne, Vecihi Batuman, Deborah Love, Wendy Starks, Dr. "Tonette" Krousel-Wood, Provost Robin Forman, and/or President Michael Fitts which mention, refer to, comment in any way on, or pertain to Dr. Princess Dennar regarding her hiring, promotion, income, job duties, job performance, status, any complaint made by or as to Dr. Dennar, and/or any investigation into or inquiry made concerning any complaint made by or against her. We do not seek communications exclusively between any Tulane employee and Tulane's Office of General Counsel and the law firm of Chaffe McCall which seek legal advice. We do seek all communications from any person with Tulane or from Chaffe McCall to or from any person at Ogletree.

**PROPOSED SEARCH TERMS:**

Tulane is unable to search these inboxes for every mention of Dr. Dennar. We propose the following:

{00605150.DOCX;1} {00603337.DOCX

Lowe, Stein, Hoffman,
Allweiss & Hauver, l.l.p.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 3

Emails to or from: Lee Hamm, Jeffery Wiese, Paul Gladden, Sue Pollack, Samir El-Dahr, Nicolas Verne, Vecihi Batuman, Deborah Love, Wendy Starks, Dr. Tonette Krousel-Wood, Robin Forman, Michael Fitts.

Keyword: "Dennar" AND "hire" or "performance" or "promote" or "reappoint" or "appoint" or "salary" or "evaluation" or "job description" or complaint or "investigation" or "OIE"

Date range: January 1, 2008 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Exchanges between: All Residency and Fellowship Program Directors, Margaret Bell, Helen Weisler, Joell Lee, Reonda Victor, Rhonda Coignet, Nicolas Verne, Scott Cowen, Desiree Conrad, Ocheowelle Okeke, Rachal Clark, Whitney Bembry, Chioma Udemgba, Veronica Johnson, Melissa Watts, Geraldine Menard, Shantay Bolton, Terina Walker, Ruth Riley, Howard Boyd, Joel Friedman, Ingrid Philibert.

Keyword: Dennar AND "dut!" or "perform!" or "position" or "salary" or "hir!" or "assoc!" or "prof!" or "co-director" or "director" or "FTFR" or "appeal"

Date range: January 1, 2008 - present.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce all emails, memoranda, correspondence, and meeting Minutes which analyze, comment on, and/or address the propriety or impropriety of using ATLAS as modified by or at the request of Dr. Jeffrey Weise for recruiting purposes.

**PROPOSED SEARCH TERMS:**

Emails to or from: Jeffery Wiese

Keyword: "ATLAS" AND "recruiting" AND "modify" or "update" or "appropriate" or propriety"

{00605150.DOCX;1} {00603337.DOCX}

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 4

Date range: January 1, 2014- present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Exchanges between: All Residency and Fellowship Program Directors, Program Coordinators List Serve, Sue Pollack, Rhonda Coignet, Robin Forman, Margaret Bell, Helen Weisler, Joell Lee, Reonda Victor, Nicolas Verne, Vecihi Batuman, Samir El-Dahr, Tonette Krousel-Wood, Scott Cowen, Jessica DeBord, Vy Anh Mai, Sonia Malhotra, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Kimberly Mukerjee, Craig Lotterman, Gabrielle Bulett-Mills, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams

Keyword: "ATLAS" AND "recruit!" AND "issue" or "competiti" or "quali" or "Hispanic" or "black" or "use"

Date range: January 1, 2008 - present.

Notably, "propriety," as used in Plaintiff's request, does not mean and is not intended to be limited to communications which indicate that use of ATLAS is or is not proper. Rather, it is broader and encompasses emails which address or endorse use. Endorsement of continuing use is inherent in the fact of ongoing use.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce all documents discussing and/or commenting on the issue of providing or not providing Dr. Princess Dennar the status of core faculty or taking away from her the status of core faculty.

**PROPOSED SEARCH TERMS:**

We are not sure that the term "core faculty" is a term actually used at Tulane, but we are willing to search as follows.

{00605150.DOCX;1} {00603337.DOCX

Lowe, Stein, Hoffman,
Allweiss & Hauver, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 5

    Emails to or from: Lee Hamm, Jeffery Wiese, John Carlson, Deepa Bhatnagar, Paul Gladden, Sami-El-Dahr, Nicholas Verne, Vecihi Batuman, Princess Dennar

    Keyword: "Dennar" AND "core faculty" AND "Internal Medicine" or "IM"

    Date Range: December 1, 2018 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

    In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

    Exchanges between: Rhonda Coignet, Jessica DeBord, Vy Anh Mai, Sonia Malhotra, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Kimberly Mukerjee, Craig Lotterman, Gabrielle Bulett-Mills, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams, Clint Schibner, Deborah England, Linzi Conners,

    Keyword: DENNAR AND "core" and "faculty" or "dut!" or "ACGME survey" or "faculty survey" or "survey" or "Med Peds" or "medical director" or "UMCNO" or "UMC"r "L&T clinic" or "Lord & Taylor clinic" or "Lord"

    Date range: January 1, 2008 - present.

**REQUEST FOR PRODUCTION NO. 21:**

    Please produce all documents discussing and/or addressing in any way Dr. Princess Dennar's access to, use of and/or removal of access to or use of MedHub and/or Red Wiki.

**PROPOSED SEARCH TERMS:**

    Emails to or from: Princess Dennar

    Keyword: access AND "RedWiki" or "MedHub"

    Date Range: January 1, 2019 - January 1, 2020.

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 6

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: Drs. Dennar, Wiese, Gladden, and/or Hamm; All Residency and Fellowship Program Directors, Deepa Bhatnagar, John Carlson, Sue Pollack, Rhonda Coignet, Robin Forman, Margaret Bell, Helen Weisler, Joell Lee, Vecihi Batuman, Nicolas Verne, Samir El-Dahr, Tonette Krousel-Wood, Jessica DeBord, Vy Anh Mai, Sonia Malhotra, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Kimberly Mukerjee, Craig Lotterman, Gabrielle Bulett-Mills, Monique Dykes, Angelle Reis, Cheryl Dempsey, Clint Schibner, Linzi Connors, Deborah England, Paul Gladden, Deepa Bhatnagar, John Carlson, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey

Keyword: "Dennar" or "Med-Peds Director" AND "RedWiki" or "MedHub"

Date range: January 1, 2018 - present.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce all documents discussing and/or addressing in any way the relocation of Dr. Princess Dennar's office and the Med-Peds Program.

**PROPOSED SEARCH TERMS:**

Emails to or from: Princess Dennar, Lee Hamm, Sue Pollack

Keyword: "office" AND "Hutchinson" OR "Murphy"

Date Range: January 1, 2019 - January 1, 2020.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 7

Email to or from: Dr. Geraldine Menard, Vanessa Durbin, Vecihi Batuman, Nicolas Verne, Samir El-Dahr, Rhonda Coignet, Trenell Smith, Monique Dykes, and Angelle Reis, Wendy Stark, Howard Boyd

Keyword: "office" AND "Dennar" AND "mov!" or "relocat!"

Date range: January 1, 2018 - present.

**REQUEST FOR PRODUCTION NO. 23:**

Please produce all communications between Jeffrey Wiese and any other human being about, concerning, addressing, or constituting a request or solicitation, or commenting on a request or solicitation to reduce the number of Med-Peds Residents and/or allowing or considering the transfer of any Med-Peds Resident.

**PROPOSED SEARCH TERMS:**

Tulane is unable to search for every communication between Jeff Wiese and every human being. We have included the names of the residents you identify in RFP no. 58 as being involved in a request to transfer. If you have additional names of residents, please identify them.

Emails to or from: Jeffery Wiese

Keyword: "Med-Peds" AND "match" AND "quota" or "allotment"

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: All Residency and Fellowship Program Directors, Sue Pollack, Rhonda Coignet, Robin Forman, Margaret Bell, Helen Weisler, Joell Lee, Reonda Victor, Nicolas Verne, Samir El-Dahr, Tonette Krousel-Wood, Scott Cowen, Jessica DeBord, Vy Anh Mai, Sonia Malhotra, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Kimberly Mukerjee, Craig Lotterman, Gabrielle Bulett-Mills, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams, Deborah England, IM Chief Residents from 2014- present, John Carlson.

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 8

Keyword: "Med-Peds!" AND "residents" AND "number" or "amount" or "match" or "reduc!"

Date range: January 1, 2014 - present.

**REQUEST FOR PRODUCTION NO. 41:**

Please produce copies of any and all correspondence from or to Special Review Committee members regarding Med Peds and/or Dr. Dennar (this includes, but is not limited to, correspondence from and to Paul Gladden, Paul Friedlander, Lauren Lim, Rebecca Schroll, Sue Pollack, Rhonda Coignet, Linzie Conners, Nathaniel Glasser, Sarah Himmelfarb, Natasha Lee, Abraham Mathai, Rebecca Kemnitz, Ksharma Bhyravabhotla, Justin Rabon, Vinay Krupadev, Thao Le, Arunuva Sarma, Mary Jenkins, Jack Hou, Madeline Goldberg, Victor Rameriz, Katherine Rilett, Pallavi Mishra, Taylor Kart, Alexis Katz, Amber Hardennan, Angela Dicosola, Lontrica Wilson, Berenice Gerard, and Dwana Smoothers).

**PROPOSED SEARCH TERMS:**

We request that you narrow this request to reflect that you are seeking copies of correspondence from these individuals regarding the Special Review.

Emails to or from: Paul Gladden, Paul Friedlander, Lauren Lim, Rebecca Schroll, Sue Pollack, Rhonda Coignet, Linzie Conners, Nathaniel Glasser, Sarah Himmelfarb, Natasha Lee, Abraham Mathai, Rebecca Kemnitz, Ksharma Bhyravabhotla, Justin Rabon, Vinay Krupadev, Thao Le, Arunuva Sarma, Mary Jenkins, Jack Hou, Madeline Goldberg, Victor Rameriz, Katherine Rilett, Pallavi Mishra, Taylor Kart, Alexis Katz, Amber Hardennan, Angela Dicosola, Lontrica Wilson, Berenice Gerard, and Dwana Smoothers.

Possible Keywords, depending on limitation: "Special Review" AND "Med-Peds" or "Dennar" or "special"

Date range: January 1, 2019 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

{00605150.DOCX;1} {00603337.DOCX

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 9

Email to or from: The individuals named in the request. John Carlson, Gayle Pletsch, Deepa Bhatnagar, Chi Dola, Dave Mushatt, Mandy Weidenhaft, Katherine Cox, Linzi Conners, LaTonya Guice, Charlene Esteves, Irene Grundy, Randy Roig, Robin McGoey, Forooq Anwar, Nellab Yakuby, Margaret Bell, Helen Weisler, Diane Gromelski

Keyword: "Dennar" AND "Special Review" or "review" AND "Med Peds"

Date range: January 1, 2018 - present.

## REQUEST FOR PRODUCTION NO. 49:

Please produce copies of any and all correspondence between ACGME and Dr. Wiese, Dean Hamm, or Tulane counsel regarding citations concerning IM and Med-Peds residency from 2018 to present.

## PROPOSED SEARCH TERMS:

Tulane objects to the request in so far as it seeks documents protected by work-product and/or attorney-client privilege.

Emails to or from: Jeffery Wiese, Lee Hamm.

Keyword: "ACGME" AND "citation" AND "Med-Peds" or "Internal Medicine" or "IM" or "site visit"

Date range: January 1, 2018 - present.

## PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: ACGME, Ingrid Philibert, and Cathy Nace.

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 10

Keyword: ACGME AND "citation!" or "warning" or "Med Peds!" or "Internal Medicine" or "IM." or "procedure log" or "duty hours" or "evaluations" or "institutional site visit" or "institution" or "clinical competency committee" or "recommend" or "DIO" or "ombudsperson" or "Gladden" or "Program Director" or "coach" or "ccc" or "CCC"

Date range: January 1, 2018 - present.

**REQUEST FOR PRODUCTION NO. 50:**

Please produce copies of any and all correspondence between IM-RC and Dr. Wiese, Dean Hamm, or Tulane counsel regarding citations of IM and Med-Peds residencies from 2018 to present.

**PROPOSED SEARCH TERMS:**

Tulane objects to the request in so far as it seeks documents protected by work-product and/or attorney-client privilege.

Emails to or from: Jeffery Wiese, Lee Hamm.

Keyword: IM-RC AND "citation" AND Med-Peds or "Internal Medicine" or "IM"

Date range: January 1, 2018 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: William Hart, Jerry Vasilias, Caroline Fisher, Brett Robins, Ingrid Philibert, Cathy Nace, Yolanda Wimberly

Keyword: ACGME AND "cit!" or "warn!" or "Med Peds!" or "Internal Medicine" or "IM" or "MPPDA" or "OIE" or "DIO" or "ombudsperson" or "Gladden" or "Program Director" or "institution!" or "designat!"

Date range: January 1, 2018 - present.

---

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 11

### REQUEST FOR PRODUCTION NO. 51:

Please produce copies of any and all correspondence between or among each or any of the following: Dean Hamm, Dr. Wiese, and members of GME regarding any ACGME site visit from 2018- 2020 (this includes, but is not limited to, correspondence from and to Paul Gladden, Jonathan Gugel, Benjamin Rothwell, Deepa Bhatnagar, Robert Miller, Anthony Marsh, Rhonda Coignet, Linzie Conners, Reonda Victor, John Schieffelin, Trenell Smith, and Sue Pollack).

### PROPOSED SEARCH TERMS:

Tulane plans to object to the relevancy of any site visits beyond those to Med-Peds. Emails to or from: Jeffery Wiese, Lee Hamm, Paul Gladden, Jonathan Gugel, Benjamin Rothwell, Deepa Bhatnagar, Robert Miller, Anthony Marsh, Rhonda Coignet, Linzie Conners, Reonda Victor, John Schieffelin, Trenell Smith, and Sue Pollack.

Keyword: "Med-Peds" AND "ACGME" AND "site visit"

Date range: January 1, 2018 - present.

### PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: William Hart, Jerry Vasilias, Caroline Fisher, Brett Robins, Ingrid Philibert, Cathy Nace, Yolanda Wimberly, Dwana Smoothers, Vanessa Durbin, Nicolas Verne, John Carlson, Catherine Jones, Jacey Jones, Marlow Maylin, Robert Miller, Gerald "Luke" Taggart, Margaret Huntwork, Sonia Malhotra, Tammuella "Tami" Singleton, Desiree Conrad, Ocheowelle Okeke, Rachal Clark, Whitney Bembry, Chioma Udemgba, Veronica Johnson, Melissa Watts, 18 peer selected IM residents for the site visit, John Carlson, Samir El-Dahr, and Nicholas Verne.

Keyword: "ACGME" AND "Med Peds" or "Internal Medicine" or "IM" AND "site!" or "visit!" or "procedure log" or "duty hours" or "evaluations" or "institutional site visit" or "institute!" or "clinical competency committee" or "recommendation" or "DIO" or "ombudsperson" or "gladden" or "Program Director" or "coach"

Date range: January 1, 2018 - present.

{00605150.DOCX;1} {00603337.DOCX

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 12

**REQUEST FOR PRODUCTION NO. 53:**

Please produce copies of any and all correspondence or other communications regarding Med Peds finances and financial support between Dean Hamm, Dr. Wiese, or members of GME 2009-2020 (this includes, but is not limited to, correspondence from and to Sue Pollack, Margaret Bell, Phyllis Douglas, Deborah England, Monique Dyke, Joell Lee, Chair IM Nicholas Verne, Interim Chair Vecihi Batuman, Peds Chair Samir El-Dahr, Dwana Smoother, John Carlson, Cheryl Dempsey, Angelle Reis, Phillip Williams, Reonda Victor, and Trenell Smith).

**PROPOSED SEARCH TERMS:**

We request that you first narrow the very broad terms "finances and financial support."

Emails to or from: Jeffery Wiese, Lee Hamm Sue Pollack, Margaret Bell, Phyllis Douglas, Deborah England, Monique Dyke, Joell Lee, Nicholas Verne, Vecihi Batuman, Samir El-Dahr, Dwana Smoother, John Carlson, Cheryl Dempsey, Angelle Reis, Phillip Williams, Reonda Victor, and Trenell Smith).

Possible Keywords, depending on a better definition of "finances and financial support:" "Med- Peds" AND "finance" or "budget" or "spending"

Date range: January 1, 2014 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: William Hart, Jerry Vasilias, Caroline Fisher, Brett Robins, Ingrid Philibert, Cathy Nace, Yolanda Wimberly, Dwana Smoothers, Vanessa Durbin, Kathryn Conyers, Donna Darensbourg

Keyword: "Dennar" or "Med-Peds" AND "financ!" or "budget!" or "spend!" or "report"

Date range: January 1, 2014 - present.

---

{00605150.DOCX;1} {00603337.DOCX

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 13

**REQUEST FOR PRODUCTION NO. 54:**

Please produce copies of any and all correspondence regarding Med Peds, Dr. Dennar, and the Med Peds Residency from or to one or more of the following: Dean Hamm, Dr. Wiese, President Fitts and Provost Forman.

**PROPOSED SEARCH TERMS:**

Tulane is unable to search for every communication from Jeff Wiese and Lee Hamm regarding the Med-Peds Residency Program, as it is one of the departments they oversee and a search for the keyword "Med-Peds" would return innumerous results.

Emails from: Jeffery Wiese OR Lee Hamm to Mike Fitts OR Robin Forman.

Keyword: "Med-Peds" AND "Dennar"

Keyword: "Med-Peds" AND resident AND "transfer:

Date range: January 1, 2018 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: Nicolas Verne, Samir El-Dahr, Tonette Krousel-Wood, Scott Cowen, Vecihi Batuman, Geraldine Menard, Michael Bourla, Melissa Watts, Ocheowelle Okeke, and Chioma Udemgba.

Keyword: "terminat" or "promot!" or "den!" or "complain!" or "reappoint!" or "contract"

Date range: January 1, 2008 - present.

**REQUEST FOR PRODUCTION NO. 58:**

Please produce any and all correspondence about residency transfer or referencing Dr. Dennar between two or more of the following: Dr. Wiese, John Carlson, Deepa Bhatnagar, Gerald Taggart about Dr. Dennar, Pryia Pal and Aaron Doobie.

{00605150.DOCX;1} {00603337.DOCX

**LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.**
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 14

**PROPOSED SEARCH TERMS:**

This request will need to be narrowed from the "referencing Dr. Dennar" description, as that is grossly overbroad.

Emails to or from: Jeffery Wiese, John Carlson, Deepa Bhatnagar, Gerald Taggart

Keyword: "Med-Peds" AND "resident" AND "transfer" AND "Dennar" or "Priya" or "Pal" or "Aaron" or "Doobie"

Date range: January 1, 2018 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: Aaron Doobie, Pryia Pal, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Paul Gladden

Keyword: "IM" or "Internal Medicine" or "complement" or "DIO" or "CCC" or "Clinical Competency Committee"

Date range: January 1, 2018 - present.

**REQUEST FOR PRODUCTION NO. 59:**

Please produce any and all correspondence to, from, between or among any of the following: Dr. Wiese, Dr. Paul Gladden, Dr. Friedlander, Dr. Schroll, Dr. El-Dahr, Dr. Batuman, and Dr. John Carlson about the Med Peds resident complement (number) from 2014 to present.

**PROPOSED SEARCH TERMS:**

Emails to or from: Jeffery Wiese, Paul Gladden, Paul Friedlander, Rebecca Schroll, Samir El-Dahr, Vecihi Batuman, John Carlson.

Keyword: "Med-Peds" AND "resident" AND "complement" or "number"

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Julie Livaudais, Esq.
March 23, 2021
Page 15

Date range: January 1, 2014 - present.

**PLAINTIFF'S REQUEST FOR EXPANDED SEARCH:**

In addition to the exchanges and keywords proposed by Tulane, Plaintiff requests the following.

Email to or from: Deepa Bhatnagar, Gayle Pletsch, Deepa Bhatnagar, Chi Dola, Dave Mushatt, Mandy Weidenhaft, Katherine Cox, Linzi Conners, LaTonya Guice, Charlene Esteves, Irene Grundy, Randy Roig, Robin McGoey, Forooq Anwar, Nellab Yakuby, Margaret Bell, Helen Weisler, Diane Gromelski , Jessica DeBord, Sue Pollack, Rhonda Coignet, Robin Forman, Margaret Bell, Helen Weisler, Joell Lee, Reonda Victor, Nicolas Verne, Vecihi Batuman, Samir El-Dahr,

Keyword: "Allot!"

Date range: January 1, 2014 - present.

Sincerely,

Michael R. Allweiss

MRA/lbn

{00605150.DOCX;1} {00603337.DOCX