

## Chaffe McCall LLP

**Julie D. Livaudais**
Managing Partner

Direct Dial No. (504) 585-7007
Direct Fax No. (504) 544-5054
E-mail: livaudais@chaffe.com

April 12, 2021

**VIA EMAIL AND U.S. MAIL**
Michael R. Allweiss, Esq.
Lowe, Stein, Hoffman, Allweiss & Hauver
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139

Re:  Princess Dennar, M.D. v. The Administrators of the Tulane Educational Fund
     No. 2:20-cv-2679, U.S. District Court for the Eastern District of Louisiana

Dear Mickey:

Tulane responds to your March 23rd letter proposing search terms as follows. Please let us know if you would like to schedule a call to discuss further.

**REQUEST FOR PRODUCTION NO. 9:**

With respect to ATLAS, please produce any and all correspondence to, from, or among Lee Hamm, Jeffrey Wiese, Princess Dennar, and/or any employee of Tulane, including President Fitts, mentioning or commenting in any way on the use of, creation of, purchase of, modification(s) to, bias(es) in weighing of HBCUs, and/or elimination of the use of ATLAS insofar as it weighed or in any way evaluated HBCUs or graduates of HBCUs.

**AGREED-UPON SEARCH TERMS:**

The following requested search is under way:

Exchanges between: Lee Hamm, Jeffery Wiese, Princess Dennar, Monique Dykes, Trenell Smith, Program Coordinators List Serve, and/or Mike Fitts, Sue Pollack, Rhonda Coignet, Robin Forman, Margaret Bell, Helen Weisler, Joell Lee, Reonda Victor, Nicolas Verne, Vecihi Batuman, Samir El-Dahr, Tonette Krousel-Wood, Scott Cowen, Jessica DeBord, Vy Anh Mai,

New Orleans: 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
Baton Rouge: 103 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
Houston: 801 Travis Street, Suite 1910 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806
Lake Charles: One Lakeshore Drive Suite 1640A • Lake Charles, LA 70629 • Tel: (337) 419-1825 • Fax: (504) 585-7075
www.chaffe.com

4071596-1

April 12, 2021
Page 2

Sonia Malhotra, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Kimberly Mukerjee, Craig Lotterman, Gabrielle Bulett-Mills, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams, Shantay Bolton, Terina Walker, Ruth Riley, Linzi Conners, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams

Keyword: ATLAS AND "historically black" OR "African-American" OR "HBCU" OR "black" OR "minorit!" OR "modification" OR "purchase" OR "bias" OR "graduat!" OR "innate" OR "competiti" OR "quality" OR "qualified" OR "score" OR "Hispanic" OR "rank!" OR "U.S. News" OR "World Report" or "USNWR!"

Date range: January 1, 2014 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS:**

Tulane objects to your proposed date range. Plaintiff's allegations from 2008 and 2009 do not involve ATLAS. And there are no allegations that we are aware of that pertain to events between 2009-2014 and ATLAS. Accordingingly, we disagree that an expanded search from 2008-2014 as requested is warranted.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all emails, correspondence, evaluations, reports, analyses, summaries, or other communications to or from Lee Hamm, Jeffrey Wiese, Paul Gladden, Sue Pollack, Samir El-Dahr, Nicolas Verne, Vecihi Batuman, Deborah Love, Wendy Starks, Dr. "Tonette" Krousel-Wood, Provost Robin Forman, and/or President Michael Fitts which mention, refer to, comment in any way on, or pertain to Dr. Princess Dennar regarding her hiring, promotion, income, job duties, job performance, status, any complaint made by or as to Dr. Dennar, and/or any investigation into or inquiry made concerning any complaint made by or against her. We do not seek communications exclusively between any Tulane employee and Tulane's Office of General Counsel and the law firm of Chaffe McCall which seek legal advice. We do seek all communications from any person with Tulane or from Chaffe McCall to or from any person at Ogletree.

Based on Plaintiff's request for expanded search terms, the following searches:

Emails to or from: Lee Hamm, Jeffery Wiese, Paul Gladden, Sue Pollack, Samir El-Dahr, Nicolas Verne, Vecihi Batuman, Deborah Love, Wendy Starks, Dr. Tonette Krousel-Wood, Robin Forman, Michael Fitts

4071596-1

April 12, 2021
Page 3

Keyword: Dennar AND hire OR performance OR promote OR reappoint OR appoint OR salary OR evaluation OR "job description" OR complaint OR investigation OR OIE OR "dut!" OR "perform!" OR "position" OR "salary" OR "hir!" OR "assoc!" OR "prof!" OR "co-director" OR "director" OR "FTFR" OR "appeal

Date range: January 1, 2008 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS:**

Tulane specifically objects to your request for emails to or from Howard Boyd, Tulane's Associate General Counsel. His correspondence is protected under the work-product and attorney client privileges. Tulane will not conduct a search for Mr. Boyd's emails as requested.

Tulane objects to your proposed custodians. Your request is limited to correspondence sent to or received from Lee Hamm, Jeffrey Wiese, Paul Gladden, Sue Pollack, Samir El-Dahr, Nicolas Verne, Vecihi Batuman, Deborah Love, Wendy Starks, Dr. "Tonette" Krousel-Wood, Provost Robin Forman, and/or President Michael Fitts. As such, there is no need to search the accounts of your additional proposed custodians.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce all emails, memoranda, correspondence, and meeting Minutes which analyze, comment on, and/or address the propriety or impropriety of using ATLAS as modified by or at the request of Dr. Jeffrey Weise for recruiting purposes.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Jeffery Wiese, Program Coordinators List Serve, Sue Pollack, Rhonda Coignet, Robin Forman, Margaret Bell, Helen Weisler, Joell Lee, Reonda Victor, Nicolas Verne, Vecihi Batuman, Samir El-Dahr, Tonette Krousel-Wood, Scott Cowen, Jessica DeBord, Vy Anh Mai, Sonia Malhotra, Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, Kristen Bateman, Catherine Jones, Kimberly Mukerjee, Craig Lotterman, Gabrielle Bulett-Mills, Monique Dykes, Temple Byars, Angelle Reis, Cheryl Dempsey, Phillip Williams

Keyword: ATLAS AND recruiting OR modify OR update OR appropriate OR propriety OR "recruit!" OR "issue" OR "competiti" OR "quali" OR "Hispanic" OR "black" OR "use"

Date range: January 1, 2014 – present

4071596-1

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

Tulane objects to your proposed date range. Plaintiff's allegations from 2008 and 2009 do not involve ATLAS. Tulane will not conduct an expanded search from 2008-2014 as requested.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce all documents discussing and/or commenting on the issue of providing or not providing Dr. Princess Dennar the status of core faculty or taking away from her the status of core faculty.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Lee Hamm, Jeffery Wiese, John Carlson, Deepa Bhatnagar, Paul Gladden, Samir El-Dahr, Vecihi Batuman, Princess Dennar; Rhonda Coignet, Monique Dykes, Angelle Reis, Cheryl Dempsey, Phillip Williams, Deborah England, Linzi Conners, Clint Schibner

Keyword: Dennar AND ("core faculty" OR "core") AND "Internal Medicine" OR "IM" or "faculty survey" OR "survey" OR "Med Peds" OR "ACGME survey"

Date Range: December 1, 2018 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

Tulane objects to your proposed date range. Plaintiff alleges she was removed as a core faculty member for IM in 2019. (R. Doc. 1, ¶ 147, 149). Nothing in Plaintiff's complaint suggests the need for discovery into this question further back than 2018. Tulane will not conduct an expanded search from 2008-2018 as requested.

Tulane objects to your proposed custodians. Neither Dr. Nicholas Verne nor Temple Byars were employed by Tulane from December 1, 2018 – present. Drs. Vy Anh Mai and Sonia Malhota became Associate Program Directors of the Med-Peds Residency Program in 2020. Dr. Jessica DeBord became the acting Program Director of the Med-Peds Residency Program in 2021; she was previously an Associate Program Director of the Pediatrics Residency Program. Drs. Kimberly Mukerjee, Craig Lotterman, and Gabrielle Bulett-Mills are the Associate Program Director for the Pediatrics Residency Program. Drs. Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, and Catherine Jones, Kristen Bateman are Associate Program Directors of the

4071596-1

Internal Medicine Residency Program. They have no responsibility for Plaintiff's status as "core faculty." Tulane will not conduct an expanded search for these custodians as requested.

Tulane objects to your proposed keywords: faculty OR "dut!" OR "medical director" OR "UMCNO" OR "UMC" OR "L&T clinic" OR "Lord & Taylor clinic" OR "Lord" as impermissibly broad and irrelevant to Request for Production no. 18. Tulane will not conduct a search for these keywords as requested.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all documents discussing and/or addressing in any way Dr. Princess Dennar's access to, use of and/or removal of access to or use of MedHub and/or Red Wiki.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Princess Dennar

Keyword: access AND "RedWiki" OR "MedHub"

Emails to or from: Princess Dennar, Jeff Wiese, Paul Gladden, Lee Hamm, Deepa Bhatnagar, John Carlson, Sue Pollack, Rhonda Coignet, Margaret Bell, Helen Weisler, Joell Lee, Vecihi Batuman, Samir El-Dahr, Tonette Krousel-Wood, Monique Dykes, Angelle Reis, Cheryl Dempsey, Clint Schibner, Linzi Connors, Deborah England, Paul Gladden, Monique Dykes, Angelle Reis, Cheryl Dempsey

Keyword: "Dennar" or "Med-Peds Director" AND "RedWiki" or "MedHub"

Date range: January 1, 2018 - present.

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS:**

Tulane objects to your proposed custodians. Dr. Robin Forman, as the Provost of the University, is not personally involved in resolving faculty members' technology issues. Neither Dr. Nicholas Verne nor Temple Byars were employed by Tulane from January 1, 2018 – present.

Drs. Vy Anh Mai and Sonia Malhota became Associate Program Directors of the Med-Peds Residency Program in 2020. Dr. Jessica DeBord became the acting Program Director of the Med-Peds Residency Program in 2021; she was previously an Associate Program Director of

April 12, 2021
Page 6

the Pediatrics Residency Program. Drs. Kimberly Mukerjee, Craig Lotterman, and Gabrielle Bulett-Mills are the Associate Program Director for the Pediatrics Residency Program. Drs. Robert Miller, Anthony Marsh, Gerald "Luke" Taggart, and Catherine Jones, Kristen Bateman are Associate Program Directors of the Internal Medicine Residency Program. They have no responsibility for Plaintiff's access to RedWiki or MedHub. Accordingly, Tulane will not conduct an expanded search for these custodians as requested.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce all documents discussing and/or addressing in any way the relocation of Dr. Princess Dennar's office and the Med-Peds Program.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Princess Dennar, Lee Hamm, Sue Pollack

Keyword: office AND Hutchinson OR Murphy

Emails to or from: Dr. Geraldine Menard, Vanessa Durbin, Vecihi Batuman, Samir El-Dahr, Rhonda Coignet, Trenell Smith, Monique Dykes, Angelle Reis, and Wendy Stark

Keyword: "office" AND "Dennar" AND "mov!" or "relocat!"

Date Range: January 1, 2019 – January 1, 2020

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS:**

Tulane objects to your proposed date range. Tulane began assigning office space for the move to Murphy in the Spring of 2019. Nothing in Plaintiff's complaint suggests the need for discovery into this question further back than January 1, 2019. Tulane will not conduct an expanded search from 2018-present as requested.

Again, Tulane specifically objects to your request for emails to or from Howard Boyd, Tulane's Associate General Counsel. His correspondence is protected under the work-product and attorney client privileges. Tulane will not conduct a search for Mr. Boyd's emails as requested.

4071596-1

April 12, 2021
Page 7

     Tulane objects to your proposed custodian, Nicholas Verne because he was not employed by Tulane between January 1, 2019 – January 1, 2020.

**REQUEST FOR PRODUCTION NO. 23:**

     Please produce all communications between Jeffrey Wiese and any other human being about, concerning, addressing, or constituting a request or solicitation, or commenting on a request or solicitation to reduce the number of Med-Peds Residents and/or allowing or considering the transfer of any Med-Peds Resident.

     Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Jeffery Wiese

Keyword: Med-Peds AND match AND quota OR allotment
Keyword: Med-Peds AND "residents" AND "number" or "amount" or "match" or "reduc!"
Keyword: Med-Peds AND resident AND transfer AND (Priya OR Pal OR Aaron OR Doobie)

Date range: January 1, 2018 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS:**

     Tulane objects to your proposed date range. Plaintiff alleges that the transfer requests occurred in February 2018 and that the alleged threat to reduce the number of Med-Peds residents occurred in April 2018. (R. Doc. 1, ¶ 29, 56). Nothing in Plaintiff's complaint suggests the need for discovery into this question further back than 2018. Tulane will not conduct an expanded search from 2008-2018 as requested.

     Tulane objects to your proposed custodians. Your request is limited to correspondence sent to or received from Jeffrey Wiese. As such, a search of the accounts of your additional proposed custodians would be duplicative and unnecessary.

**REQUEST FOR PRODUCTION NO. 41:**

     Please produce copies of any and all correspondence from or to Special Review Committee members regarding Med Peds and/or Dr. Dennar (this includes, but is not limited to, correspondence from and to Paul Gladden, Paul Friedlander, Lauren Lim, Rebecca Schroll, Sue Pollack, Rhonda Coignet, Linzie Conners, Nathaniel Glasser, Sarah Himmelfarb, Natasha Lee, Abraham Mathai,

4071596-1

Rebecca Kemnitz, Ksharma Bhyravabhotla, Justin Rabon, Vinay Krupadev, Thao Le, Arunuva Sarma, Mary Jenkins, Jack Hou, Madeline Goldberg, Victor Rameriz, Katherine Rilett, Pallavi Mishra, Taylor Katt, Alexis Katz, Amber Harderman, Angela Dicosola, Lontrica Wilson, Berenice Gerard, and Dwana Smoothers).

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Paul Gladden, Paul Friedlander, Lauren Lim, Rebecca Schroll, Sue Pollack, Rhonda Coignet, Linzie Conners, Nathaniel Glasser, Sarah Himmelfarb, Natasha Lee, Abraham Mathai, Rebecca Kemnitz, Ksharma Bhyravabhotla, Justin Rabon, Vinay Krupadev, Thao Le, Arunuva Sarma, Mary Jenkins, Jack Hou, Madeline Goldberg, Victor Rameriz, Katherine Rilett, Pallavi Mishra, Taylor Katt, Alexis Katz, Amber Harderman, Angela Dicosola, Lontrica Wilson, Berenice Gerard, Dwana Smoothers, John Carlson, Gayle Pletsch, Deepa Bhatnagar, Chi Dola, Dave Mushatt, Mandy Weidenhaft, Katherine Cox, Linzi Conners, LaTonya Guice, Charlene Esteves, Irene Grundy, Randy Roig, Robin McGoey, Forooq Anwar, Nellab Yakuby, Margaret Bell, Helen Weisler, Diane Gromelski

Keywords: "Special Review" AND Med-Peds OR Dennar
Keywords: "Dennar" AND "Special Review" OR review and Med-Peds

Date range: January 1, 2019 – present

You did not address Tulane's request that you narrow this request to reflect that you are seeking copies of correspondence from these individuals regarding the Special Review of the Med-Peds Residency Program. We believe you have agreed to this, and will proceed under the assumption that you agree to narrow as indicated unless you advise otherwise.

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

Tulane objects to your proposed date range. The Special Review of the Med-Peds Residency Program occurred in 2019-2020. Nothing in Plaintiff's complaint suggests the need for discovery into this question further back than 2019. Tulane will not conduct an expanded search from 2018-2019 as requested.

**REQUEST FOR PRODUCTION NO. 49:**

Please produce copies of any and all correspondence between ACGME and Dr. Wiese, Dean Hamm, or Tulane counsel regarding citations concerning IM and Med-Peds residency from 2018 to present.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails between: Jeffery Wiese, Lee Hamm, Ingrid Philibert, Cathy Nace, and "ACGME"

Keyword: ACGME AND Med-Peds AND "citation" OR "site visit" OR warning" or "procedure log" or "duty hours" or "evaluations" or "institutional site visit" or "institution" or "clinical competency committee" or "recommend" or "DIO" or "ombudsperson" or "Gladden" or "Program Director" or "coach" or "ccc" or "CCC"

Keyword: ACGME AND ("Internal Medicine" OR "IM") AND "citation" OR "site visit" OR warning" or "procedure log" or "duty hours" or "evaluations" or "institutional site visit" or "institution" or "clinical competency committee" or "recommend" or "coach" or "ccc" or "CCC" or "ombudsperson" or "Gladden"

Date range: January 1, 2018 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS:**

Tulane objects to your proposed keywords. Tulane objects to your request that Tulane search for emails from Jeffery Wiese that contain the keywords "Internal Medicine" AND "Program Director" OR DIO. As the Program Director for the Internal Medicine Residency Program and the DIO, Dr. Wiese had all three terms in his signature block and these proposed search parameters will lead to results far beyond the documents sought in Request for Production no. 49. This is wholly burdensome and unnecessary. Tulane will not conduct an expanded search for these keywords as requested.

**REQUEST FOR PRODUCTION NO. 50:**

Please produce copies of any and all correspondence between IM-RC and Dr. Wiese, Dean Hamm, or Tulane counsel regarding citations of IM and Med-Peds residencies from 2018 to present.

Based on Plaintiff's request for expanded search terms, the following searches are undeway:

Emails between: Jeffery Wiese, Lee Hamm, Dr. William Hart, Dr. Jerry Vasilias

Keyword: IM-RC AND "citation" AND Med-Peds OR "Internal Medicine" OR "IM"

Date range: January 1, 2018 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

Tulane objects to your proposed custodians. Caroline Fischer is the Executive Director of the ACGME Review Committee for Pediatrics; Dr. Brett Robbins is a past president of the MPPDA Executive Committee; Dr. Ingrid Philibert is the former ACGME Vice President of Field Activities; Dr. Cathy Nace is the ACGME Vice President of Field Activities; and Dr. Yolanda Wimberly is a member of the ACGME Executive Committee and Board of Directors. None is believed to be a member of the IM-RC.

Tulane objects to your proposed keywords. Tulane's Office of Institutional Equity did not issue any citations to the IM or Med-Peds Residency Programs and it is unclear how a search for "OIE" is relevant to this request. The MPPDA did not issue any citations to the IM or Med-Peds Residency Programs and it is unclear how a search for "MPPDA" is relevant to this request. Neither the IM nor Med-Peds Program received citations relating to the DIO, ombudsperson, or Dr. Paul Gladden, and it is unclear how a search for those terms is relevant to this request. Your remaining requests are impermissibly broad. Tulane will not conduct an expanded search for these keywords as requested.

**REQUEST FOR PRODUCTION NO. 51**:

Please produce copies of any and all correspondence between or among each or any of the following: Dean Hamm, Dr. Wiese, and members of GME regarding any ACGME site visit from 2018- 2020 (this includes, but is not limited to, correspondence from and to Paul Gladden, Jonathan Gugel, Benjamin Rothwell, Deepa Bhatnagar, Robert Miller, Anthony Marsh, Rhonda Coignet, Linzie Conners, Reonda Victor, John Schieffelin, Trenell Smith, and Sue Pollack).

Based on Plaintiff's request for expanded search terms, the following searches are under way:

April 12, 2021
Page 11

Emails between: Jeffery Wiese, Lee Hamm, Paul Gladden, Jonathan Gugel, Benjamin Rothwell, Deepa Bhatnagar, Robert Miller, Anthony Marsh, Rhonda Coignet, Linzie Conners, Reonda Victor, John Schieffelin, Trenell Smith, Sue Pollack, Dwana Smoothers, Vanessa Durbin, Samir El-Dahr, John Carlson, Catherine Jones, Jacey Jones, Marlow Maylin, Robert Miller, Gerald "Luke" Taggart, Margaret Huntwork, Sonia Malhotra, Tammuella "Tami" Singleton, Desiree Conrad, Ocheowelle Okeke, Rachal Clark, Whitney Bembry, Chioma Udemgba, Veronica Johnson, and Melissa Watts.

Keyword: "ACGME" AND "Med Peds" AND "site!" or "visit!" or "procedure log" or "duty hours" or "evaluations" or "institutional site visit" or "institute!" or "clinical competency committee" or "recommendation" or "DIO" or "ombudsperson" or "gladden" or "Program Director" or "coach"

Date range: January 1, 2018 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

Tulane objects to your proposed keywords. Tulane reiterates its objections to the relevancy of any site visits beyond those to Med-Peds, and therefore objects to your request that Tulane use the terms "Internal Medicine," "IM," "institutional site visit," or "institute!" or search for correspondence between the 18 peer selected IM residents for the site visit. Tulane will not conduct an expanded search for these keywords or custodians as requested.

Tulane objects to your proposed custodians. Dr. Nicholas Verne was not employed by Tulane between January 1, 2018 – present.

Your request is limited to correspondence between or among members of the GME. Dr. William Hart is the Associate Executive Director of the ACGME Review Committee for Internal Medicine; Dr. Jerry Vasilias is the Executive Director of the ACGME Review Committee for Internal Medicine; Caroline Fischer is the Executive Director of the ACGME Review Committee for Pediatrics; Dr. Brett Robbins is a past president of the MPPDA Executive Committee; Dr. Ingrid Philibert is the former ACGME Vice President of Field Activities; Dr. Cathy Nace is the ACGME Vice President of Field Activities; and Dr. Yolanda Wimberly is a member of the ACGME Executive Committee and Board of Directors. None is a member of the Tulane GME. Therefore, any correspondence with them is not responsive to Request for Production no. 51. Tulane will not conduct an expanded search for these custodians as requested.

4071596-1

April 12, 2021
Page 12

**REQUEST FOR PRODUCTION NO. 53:**

Please produce copies of any and all correspondence or other communications regarding Med Peds finances and financial support between Dean Hamm, Dr. Wiese, or members of GME 2009--2020 (this includes, but is not limited to, correspondence from and to Sue Pollack, Margaret Bell, Phyllis Douglas, Deborah England, Monique Dyke, Joell Lee, Chair IM Nicholas Verne, Interim Chair Vecihi Batuman, Peds Chair Samir El-Dahr, Dwana Smoother, John Carlson, Cheryl Dempsey, Angelle Reis, Phillip Williams, Reonda Victor, and Trenell Smith).

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Jeffery Wiese, Lee Hamm Sue Pollack, Margaret Bell, Phyllis Douglas, Deborah England, Monique Dyke, Joell Lee, Nicholas Verne, Vecihi Batuman, Samir El-Dahr, Dwana Smoother, John Carlson, Cheryl Dempsey, Angelle Reis, Phillip Williams, Reonda Victor, and Trenell Smith. Vanessa Durbin, Kathryn Conyers, Donna Darensbourg

Possible Keywords: Med-Peds AND financ! OR budget! OR spend! OR report

Date range: January 1, 2014 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS:**

You did not address Tulane's request that you narrow the very broad terms "finances and financial support." As such, the request continues to be vague and overbroad.

Tulane objects to your proposed custodians. Your request is limited to correspondence between or among Dean Hamm, Dr. Wiese, and members of the GME. Dr. William Hart is the Associate Executive Director of the ACGME Review Committee for Internal Medicine; Dr. Jerry Vasilias is the Executive Director of the ACGME Review Committee for Internal Medicine; Caroline Fischer is the Executive Director of the ACGME Review Committee for Pediatrics; Dr. Brett Robbins is a past president of the MPPDA Executive Committee; Dr. Ingrid Philibert is the former ACGME Vice President of Field Activities; Dr. Cathy Nace is the ACGME Vice President of Field Activities; and Dr. Yolanda Wimberly is a member of the ACGME Executive Committee and Board of Directors. None is a member of the Tulane GME. Therefore, any correspondence with them is not responsive to Request for Production no. 53. Tulane will not conduct an expanded search for these custodians as requested.

4071596-1

April 12, 2021
Page 13

**REQUEST FOR PRODUCTION NO. 54:**

Please produce copies of any and all correspondence regarding Med Peds, Dr. Dennar, and the Med Peds Residency from or to one or more of the following: Dean Hamm, Dr. Wiese, President Fitts and Provost Forman.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Jeffery Wiese OR Lee Hamm to Mike Fitts OR Robin Forman

Keyword: Med-Peds AND Dennar
Keyword: Med-Peds AND resident AND transfer

Date range: January 1, 2018 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

Tulane objects to your proposed custodians. Your request is limited to correspondence sent to or received from Dean Hamm, Dr. Wiese, President Fitts and Provost Forman. As such, there is no need to search the accounts of your additional proposed custodians. Tulane will not conduct an expanded search for these custodians as requested.

Tulane objects to your proposed keywords and date ranges, which will lead to results far beyond the email exchanges sought in request for Production no. 54. Your request is limited to correspondence regarding Med-Peds and Dr. Dennar, yet you propose that Tulane search the email accounts of four administrators for every document containing some portion of the words terminate, promote, deny, complaint, reappoint, or contract, for a thirteen year period. This is impermissibly broad and not properly tailored to the relevant issues. Tulane will not conduct an expanded search for these keywords as requested.

**REQUEST FOR PRODUCTION NO. 58:**

Please produce any and all correspondence about residency transfer or referencing Dr. Dennar between two or more of the following: Dr. Wiese, John Carlson, Deepa Bhatnagar, Gerald Taggart about Dr. Dennar, Pryia Pal and Aaron Doobie.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

4071596-1

Emails to or from: Jeffery Wiese, John Carlson, Deepa Bhatnagar, Gerald Taggart

Keyword: Med-Peds AND resident AND transfer AND (Dennar OR Priya OR Pal OR Aaron OR Doobie).

Date range: January 1, 2018 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

You did not address Tulane's request that you narrow the grossly overbroad description "referencing Dr. Dennar."

Tulane objects to your proposed custodians. Your request seeks correspondence only between Dr. Wiese, Dr. Carlson, Dr. Bhatnagar, and Dr. Taggart. As such, there is no need to search the accounts of your additional proposed custodians as this would be duplicative. Tulane will not conduct an expanded search for these custodians as requested.

Tulane objects to your proposed keywords. Your proposed keywords will lead to results far beyond the email exchanges sought in request for Production no. 58. Your request is limited to correspondence regarding two specific residents and Dr. Dennar, yet you propose that Tulane search the email accounts of the DIO, the Program Director for Internal Medicine, the Associate Program Director of Internal Medicine and others for the keywords "IM" or "Internal Medicine" or "complement" or "DIO" or "CCC" or "Clinical Competency Committee," without limitation. This is impermissibly broad and not properly tailored to the relevant issues. Tulane will not conduct an expanded search for these keywords as requested.

**REQUEST FOR PRODUCTION NO. 59**:

Please produce any and all correspondence to, from, between or among any of the following: Dr. Wiese, Dr. Paul Gladden, Dr. Friedlander, Dr. Schroll, Dr. El-Dahr, Dr. Batuman, and Dr. John Carlson about the Med Peds resident complement (number) from 2014 to present.

Based on Plaintiff's request for expanded search terms, the following searches are under way:

Emails to or from: Jeffery Wiese, Paul Gladden, Paul Friedlander, Rebecca Schroll, Samir El-Dahr, Vecihi Batuman, John Carlson

4071596-1

April 12, 2021
Page 15

Keyword: Med-Peds AND resident AND complement OR number OR allot!

Date range: January 1, 2014 – present

**TULANE'S OBJECTIONS TO EXPANDED SEARCH TERMS**:

Tulane objects to your proposed custodians. Your request seeks correspondence only to, from, between or among Dr. Wiese, Dr. Paul Gladden, Dr. Friedlander, Dr. Schroll, Dr. El-Dahr, Dr. Batuman, and Dr. John Carlson. As such, there is no need to search the accounts of your additional proposed custodians. Tulane will not conduct an expanded search for these custodians as requested.

If this correspondence is unclear or if you have any further questions, please let me know.

Very truly yours,

Julie D. Livaudais

4071596-1