Jessica Vasquez <jvasquez@vasquezlawoffice.com>

---

## Dennar v. Tulane
1 message

**Lockett, Melanie** <mlockett@lowestein.com>                                      Tue, May 4, 2021 at 4:59 PM
To: "Livaudais, Julie" <Livaudais@chaffe.com>, "Haug, Rosalie M." <haug@chaffe.com>
Cc: Jessica Vasquez <jvasquez@vasquezlawoffice.com>, "Hammond, Dianne" <hammond@chaffe.com>, "Allweiss, Mickey"
<mallweiss@lowestein.com>, "LaCava, Nicole" <nlacava@lowestein.com>

Julie and Rosalie:

Please accept this email confirming our discovery conference today, during which we started going through Tulane's
objections to Plaintiff's proposed expanded search terms, as set forth in Julie's correspondence, dated April 12, 2021,
which correspondence responds to ours, dated March 23, 2021.

You advised that Tulane's IT department will be unavailable to perform any additional searches for the next few weeks
because they will be busy handling obligations related to Tulane's upcoming graduation.  You further advised that Tulane
has already commenced its searches for ESI utilizing those terms and date ranges that are not disputed.  You expect to
produce responsive documents on a rolling basis commencing this week.

We resolved disputed issues, as follows.

RFPD No. 9- Plaintiff will streamline the list of individuals named in the proposed search terms to those relevant to the
period 2008 to 2014.  Tulane has already initiated a search of the requested terms for the period 2014, to present.
Plaintiff will provide the streamlined list of names to Tulane before the end of May, and Tulane will re-run the search using
the agreed upon search terms but omitting names of individuals that are not included on the Plaintiff's streamlined list.

RFPD No. 13- Howard Boyd is not listed in the request itself.  Therefore, we agree that Plaintiff's requested search terms
extend beyond the scope of the request.  That said, to the extent a search of the agreed upon search terms yields email
communications with Howard Boyd, the same will either be identified on a privilege log, or produced.

RFPD No. 17- Plaintiff will streamline the list of individuals named in the proposed search terms to those relevant to the
period 2008 to 2014.  Tulane has already initiated a search of the requested terms for the period 2014, to present.
Plaintiff will provide the streamlined list of names to Tulane before the end of May, and Tulane will re-run the search using
the agreed upon search terms but omitting names of individuals that are not included on the Plaintiff's streamlined list.

No. 18- Plaintiff will streamline the list of individuals named in the proposed search terms to those relevant to the period
2008 to 2014.  Tulane has already initiated a search of the requested terms for the period 2014, to present.  Plaintiff will
provide the streamlined list of names to Tulane before the end of May.  Tulane will consider whether it will maintain its
objection to Plaintiff's proposed keywords and advise.

No. 21- Tulane will re-run the search with the APD custodians, as proposed by Plaintiff.

No. 22- Plaintiff's counsel will confer with plaintiff to determine whether an agreement may be reached on this issue.


We will continue our discussion at 1:00 p.m. tomorrow.


Thank you.


Melanie


**MELANIE C. LOCKETT**

ATTORNEY

# LOWE STEIN

Hoffman Allweiss & Hauver, LLP

701 Poydras Street, Suite 3600

New Orleans, Louisiana 70139

Telephone: 504-581-2450

Facsimile: 504-581-2461

Email:  mlockett@lowestein.com

www.lowestein.com


The information contained in this electronic message may contain attorney-client privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.   If you are not the intended recipient of this e-mail message you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify the sender by return e-mail; and by telephone at 504-581-2450.


### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



Jessica Vasquez <jvasquez@vasquezlawoffice.com>

---

## Dennar v. Tulane- Meet and Confer

1 message

---

**Jessica Vasquez** <jvasquez@vasquezlawoffice.com>                    Wed, May 5, 2021 at 5:04 PM
To: "Livaudais, Julie" <Livaudais@chaffe.com>, "Haug, Rosalie M." <haug@chaffe.com>, "Lockett, Melanie"
<mlockett@lowestein.com>, "Allweiss, Mickey" <mallweiss@lowestein.com>

Julie and Rosalie:

Please accept this email confirming our discovery conference today during which we completed going through Tulane's objections to Plaintiff's proposed expanded search terms as referenced in our email yesterday.

We resolved certain issues and maintained objections as follows:

RFPD 23-  Tulane will not adopt individual custodians proposed by Plaintiff in Plaintiff's Request for Expanded Search.  Tulane will agree to run the search in Dr. Wiese's emails from 2014 to the present with the search terms "Meds-Peds!" AND "residents" AND "number" or "amount" or "match" or "reduc!" or "allot!"

RFPD 41- Tulane maintains that the Special Review Committee regarding Med Peds and/or Dr. Dennar did not exist before 2019 and that the scope should be from 2019 forward.  Nonetheless, Tulane will conduct a search of the agreed upon search terms in the email messages of the three members of the Special Review Committee for Meds-Peds, Friedlander, Lim, Schroll, with the same agreed upon keywords. Plaintiff maintains her objection that the scope should be from 1/1/2018 to the present.

RFPD 49 – Tulane maintains that it will not include "DIO" in its search related to Internal Medicine because doing so will yield a burdensome number of results. Plaintiff maintains her objection that the search is limited to "ACGME" AND "DIO" and would not be burdensome.

RFPD  50- Tulane maintains its objection that it will not expand the search as the custodians are beyond the scope of Request.

RFPD 51-Tulane maintains its objection that it will not expand the search as the custodians are beyond the scope of Request.

RFPD 53- Tulane maintains its objection that it will not expand the search as the custodians are beyond the scope of Request.

RFPD 54-Tulane proposes to run the expanded search as requested for years 2008-2009 and 2018 to the present. Plaintiff maintains her objection that the scope should be run for 2008 through the present. The parties agree that the search terms to be run are "Dennar OR Meds-Peds AND "terminat" OR "promot!" OR "den!" OR "complain!" OR "reappoint!" OR "contract"

RFPD 58. Tulane maintains its objection that it will not expand the search as the custodians requested are beyond the scope of the Request.

RFPD 59. Tulane maintains its objection that it will not expand the search as the custodians requested are beyond the scope of the Request.

Thank you.

--
Jessica M. Vásquez
VASQUEZ LAW OFFICE
400 Poydras Street
Ste. 900
New Orleans, LA 70130
t: 504/ 571.9582
f: 504/ 684.1449
jvasquez@vasquezlawoffice.com