UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL   ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE KAREN WELLS ROBY |

## **ORDER**

The Court, considering the Motion to Compel filed by Plaintiff:

**IT IS HEREBY ORDERED** that the Motion to Compel is GRANTED and the Defendant is ordered to produce outstanding documents and remove redactions from documents within ten days of the date of this order.

Signed in New Orleans , Louisiana, this _____ day of August, 2021.

_____
CHIEF MAGISTRATE KAREN WELLS ROBY
EASTERN DISTRICT OF LOUISIANA

15