## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE KAREN WELLS ROBY** |

### PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION

Plaintiff, Princess Dennar, M.D., respectfully requests that this Court grant her leave to file the attached Sur-Reply in support of her Opposition to the Motion to Dismiss (Rec. Doc. 46) and to briefly address new arguments asserted in Plaintiff's Reply (Rec. Doc. No. 53).

WHEREFORE, Plaintiff respectfully prays that this Court grant her leave to file the attached Sur-Reply in support of Plaintiff's Memorandum in Opposition to the Motion to Dismiss and Motion to Strike.

Dated: August 4, 2021

Respectfully submitted,

LOWE, STEIN, HOFFMAN, ALLWEISS
 & HAUVER, L.L.P.

*/s/ Melanie C. Lockett*
MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
Attorneys for Princess Dennar, M.D.

-and-

/s/ *Jessica Vasquez*
JESSICA VASQUEZ (#27124)
VASQUEZ LAW OFFICE
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
jvasquez@vasquezlawoffice.com
Attorneys for Princess Dennar, M.D.