UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | \* | **CIVIL ACTION** |
| **VERSUS** | \* | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | \* | **JUDGE GREG GERARD GUIDRY** |
| | \* | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED ADJUDGED that Plaintiff's Ex Parte Motion for Leave to File Sur-Reply is hereby GRANTED.

On this _____ day of August, 2021, in New Orleans, Louisiana.

_____
HONORABLE GREG GUIDRY
UNITED STATE DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA