## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

Considering the foregoing Motion for Leave (R. Doc. 56);

IT IS ORDERED that Plaintiff's Ex Parte Motion for Leave to File Sur-Reply is hereby GRANTED.

On this  9th  day of August, 2021, in New Orleans, Louisiana.

HONORABLE GREG GERARD GUIDRY
UNITED STATE DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA