UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| **VERSUS** | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| **THE ADMINISTRATORS OF THE** | * | |
| **TULANE EDUCATIONAL FUND** | * | MAGISTRATE JUDGE KAREN WELLS |
| | * | ROBY |

**DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL**
**OPPOSITION MEMORANDUM TO PLAINTIFF'S**
**MOTION TO COMPEL AND EXHIBITS THERETO**

Defendant, The Administrators of the Tulane Educational Fund ("Tulane"), respectfully moves this Honorable Court for an Order granting it leave to file its Opposition Memorandum to Plaintiff's Motion to Compel (R. Doc. 54) with redactions and the exhibits thereto under seal.

Tulane's Opposition Memorandum and exhibits thereto reference highly confidential personal identifying information, information relating to complaints or concerns investigated by the Accreditation Council for Graduate Medical Education, the Accreditation Council for Graduate Medical Education's re-accreditation process, information regarding operations at entities not wholly owned by Tulane, and documents relating to internal complaints, grievances, and investigations at Tulane, and, for the reasons set out in the accompanying memorandum in support, should be filed with redactions and under seal with access restricted to purposes of this litigation only.

A proposed Order is attached for the Court's convenience.

Respectfully Submitted:

By: */s/ Julie D. Livaudais*
    Julie D. Livaudais (La. Bar No. 1183), T.A.

1

2

Walter F. Becker, Jr. (La. Bar No. 1685)
Rosalie M. Haug (La. Bar No. 37720)
  -of-
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:    livaudais@chaffe.com
            becker@chaffe.com
            haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*