UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Under Seal is hereby **GRANTED**. Defendant's Opposition Memorandum shall be filed as redacted and the exhibits thereto shall be filed under seal, with access limited to purposes of this litigation only.

New Orleans, Louisiana, this ____ day of _____, 2021.

_____
**HONORABLE KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

1

4282232-1