UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE KAREN WELLS ROBY |

## MOTION FOR LEAVE TO FILE REPLY UNDER SEAL

Plaintiff, Princess Dennar, M.D., respectfully requests that this Court grant her leave to file a Reply in support of her Motion to Compel (Rec. Doc. 46) and to allow the filing of a redacted Reply into the record and Exhibit 1 under seal.

The Reply addresses new arguments made about specific allegations by Tulane and provides additional cases in support of Plaintiff's Motion to Compel. Attached to the Reply and referenced in the brief are documents designated as confidential pursuant to an existing Confidentiality Order. (Rec. Doc. 32)

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to file a Reply with a redacted Reply filed into the record and Exhibit 1 filed under seal in support of Plaintiff's Motion to Compel.

Dated: August 15, 2021

/s/ **MICHAEL R. ALLWEISS**
LOWE, STEIN, HOFFMAN, ALLWEISS
& HAUVER, L.L.P.
MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
*Attorneys for Princess Dennar, M.D.*

-and-

/s/ **JESSICA VASQUEZ**
JESSICA VASQUEZ (#27124)
VASQUEZ LAW OFFICE
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
jvasquez@vasquezlawoffice.com
*Attorneys for Princess Dennar, M.D.*