UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG G. GUIDRY |
| ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE KAREN WELLS ROBY |

## MEMORANDUM IN SUPPORT FOR
## MOTION FOR LEAVE TO FILE REPLY UNDER SEAL

Plaintiff, Princess Dennar, M.D., respectfully requests that this Court grant her leave to file a Reply in support of her Motion to Compel (Rec. Doc. 46) and to allow the filing of the Reply under seal.

Tulane has moved to file their Opposition to the Motion to Compel under seal and references documents that are subject to an existing confidentiality agreement. (Rec. Doc. 59). The Reply addresses new arguments made about specific allegations by Tulane and provides additional cases in support of the Plaintiff's Motion to Compel. Attached to the Reply and referenced in the brief are the same or similar documents designated as confidential pursuant to an existing Confidentiality Order. (Rec. Doc.32).

Plaintiff does not oppose the Motion for Seal filed by Tulane in this matter and Plaintiff requests that she be granted leave to file a redacted Reply into the record and Exhibit 1 under seal as well as it references and includes the same or similar documents designated confidential. Plaintiff however does not waive her right to challenge the confidential nature of any of the documents Tulane has filed *in camera* at a later date.

Should this Court deny the Motion for Seal, Plaintiff alternatively seeks leave to file her Reply and Exhibit in Support of the Motion to Compel. (Rec. Doc. 46).

Dated: August 15, 2021

/s/ **MICHAEL R. ALLWEISS**
LOWE, STEIN, HOFFMAN, ALLWEISS
& HAUVER, L.L.P.
MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
*Attorneys for Princess Dennar, M.D.*

-and-

/s/ **JESSICA VASQUEZ**
JESSICA VASQUEZ (#27124)
VASQUEZ LAW OFFICE
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
jvasquez@vasquezlawoffice.com
*Attorneys for Princess Dennar, M.D.*