UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PRINCESS DENNAR, M.D.                     *     CIVIL   ACTION
                                          *
                                          *        NO. 2:20-cv-2679
VERSUS                                    *
                                          *        JUDGE GREG G. GUIDRY
ADMINISTRATORS OF THE                     *
TULANE EDUCATIONAL FUND                   *        MAGISTRATE KAREN WELLS ROBY


### ORDER FOR MOTION FOR LEAVE TO FILE REPLY UNDER SEAL

Considering the foregoing Motion for Leave to File Reply Under Seal:


IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff is given leave to file

Reply in Support of the Motion to Compel.

IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff's redacted Reply is filed

in the record and Exhibit 1 is filed under seal.


Rendered this  _____ day of August, 2021 in New Orleans, Louisiana.


                                    _____
                                    CHIEF MAGISTRATE KAREN WELLS ROBY
                                    EASTERN DISTRICT OF LOUISIANA