UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR M.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:  20-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## ORDER

Considering Defendant's, Administrators of the Tulane Educational Fund, **Motion for Leave to File Under Seal Opposition Memorandum to Plaintiff Motion to Compel and Exhibits Thereto**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Defendant's Reply Memorandum in opposition to Plaintiff's Motion to Compel and all attached exhibits (R. Doc. 59) shall be filed into the record under seal.

New Orleans, Louisiana, this 18th day of August 2021.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**