UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR M.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   20-2679** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## ORDER

IT IS ORDERED that Plaintiff's **Motion to Compel (R. Doc. 54)** shall be heard **by oral argument** on **August 25, 2021, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 18th day of August 2021.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**