UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR M.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   20-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## ORDER

The Court is considering Plaintiff's, Princess Dennar, M.D., **Motion for Leave to File Reply Under Seal (R. Doc. 60).** The Court having reviewed all documents, notes while the exhibits appended include confidential information, the reply memorandum itself only mentions the existence confidential documents. The reply memorandum does not itself contain the contents, which is the confidential material; therefore, does not need to be placed under seal.

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that the motion is **GRANTED** to the extent that the Exhibits appended to the Plaintiff's Reply Memorandum shall be filed into the record under seal.

**IT IS FURTHER ORDERED** that the motion is **DENIED** to the extent that the Plaintiff's Reply Memorandum shall publicly be filed into the record.

New Orleans, Louisiana, this 19th day of August 2021.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**