MINUTE ENTRY
ROBY, M.J.
8/25/2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRINCESS DENNAR M.D. | CIVIL ACTION |
| VERSUS | NO. 20-2679 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: "T" (4) |

LAW CLERK:         Jayde Encalade
COURT REPORTER:    Cathy Pepper

Appearances:   **Michael Allweiss**, **Melanie Locket**, and **Jessica Vasquez** for Plaintiff.
**Julie Livaudais** and **Rosalie Haug** for Defendant.

### Minute Entry

Motion of Plaintiff— Princess Dennar M.D.
**Motion to Compel R. Doc. 54**

Counsel argued the motion. The Court shall issue an order.

MJSTAR: 01:09