UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

### JOINT MOTION TO CONTINUE THE TRIAL DATE AND ALL TRIAL AND PRE-TRIAL DEADLINES

**NOW INTO COURT COME** Plaintiff, Princess Dennar, M.D., and Defendant, The Administrators of the Tulane Educational Fund, who jointly move the Court to continue the trial date and all trial and pre-trial deadlines including the discovery deadline. This Motion has been filed timely and in compliance with the Local Rules, as required by the Court's Scheduling Order (R. Doc. 27). As explained in the accompanying memorandum, there is good cause for this joint motion.

**WHEREFORE**, Plaintiff, Princess Dennar, M.D., and Defendant, The Administrators of the Tulane Educational Fund, jointly request that the Court enter an Order continuing the trial date and all trial and pre-trial deadlines including the discovery deadline.

Respectfully Submitted:

By: */s/ Michael R. Allweiss*
    MICHAEL R. ALLWEISS (#2425)
    MELANIE C. LOCKETT (#30601)
       -of-
    **LOWE, STEIN, HOFFMAN,**
    **ALLWEISS & HAUVER, L.L.P.**
    701 Poydras Street, Suite 3600
    New Orleans, Louisiana 70139
    Telephone: (504) 581-2450
    Facsimile: (504) 581-2461

By: */s/ Jessica Vasquez*
Jessica Vasquez (La. Bar No. 27124)
VASQUEZ LAW
400 Poydras Street, Ste. 900
New Orleans, LA  70130
Telephone:  (504) 571-9582
Facsimile: (504)  684-1449
Email:     jvasquez@vasquezlawoffice.com

*Attorneys for Plaintiff, Princess Dennar M.D.*

**-and-**

By: */s/ Walter F. Becker*
Julie D. Livaudais (La. Bar No. 1183), T.A.
Walter F. Becker, Jr. (La. Bar No. 1685)
Rosalie M. Haug (La. Bar No. 37720)
         -of-
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:     livaudais@chaffe.com
           becker@chaffe.com
           haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*