UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Trial Date and All Trial and Pre-Trial Deadlines, including the discovery deadline, is hereby **GRANTED**. The Court will separately issue a notice of a scheduling conference for purposes of scheduling dates for a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

New Orleans, Louisiana, this ___ day of _____, 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT COURT JUDGE

4296985-1