UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

Considering the Joint Motion to Continue (R. Doc. 68),

**IT IS ORDERED** that the Joint Motion to Continue the Trial Date and All Trial and Pre-Trial Deadlines, including the discovery deadline, is hereby **GRANTED**. The Court's Case Manager will issue a notice of a scheduling conference for purposes of selecting new dates for a pre-trial conference and trial on the merits, as well as related deadlines that had not yet expired as of August 26, 2021.

New Orleans, Louisiana, this 17th day of September, 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT COURT JUDGE