UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRINCESS DENNAR, MD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-2679** |
| **TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## SCHEDULING CONFERENCE NOTICE

A SCHEDULING CONFERENCE will be held **BY TELEPHONE** on **THURSDAY, SEPTEMBER 30, 2021,** at **10:00 A.M.**, for purposes of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. At the designated time, counsel are asked to call **(877) 873-8018; when prompted enter Access Code: 8235682** to join a conference call with the Section Case Manager.

**TRIAL COUNSEL** are to participate in this conference. A paralegal or secretary may not be substituted. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least **one week** prior to the above date.

**Counsel will be required to participate in this conference. A paralegal or secretary may not be substituted.**

Issued by:   Dedra D. Pongracz
             Case Manager
             (504) 589-7747