**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PRINCESS DENNAR** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-2679** |
| **TULANE EDUCATIONAL FUND** | **SECTION: "T" (4)** |

## ORDER REVISING TRIAL DATE

It has come to the Court's attention that the trial of the above referenced matter has been scheduled for June 20, 2022.  On June 17, 2021, the President of the United States signed into law the Juneteenth National Independence Day Act making June 19th a legal public holiday.  Pub. L. 117-17; 5 U.S.C. 6103(a).  In 2022, June 19th falls on a Sunday; therefore, the federal holiday will be observed in the Eastern District of Louisiana on Monday, June 20, 2022.[1]  Accordingly,

**IT IS ORDERED** that the jury trial of the above referenced matter is rescheduled for **MONDAY, JUNE 27, 2022, beginning at 9:30 a.m.**  In all other aspects, the Scheduling Order issued on September 30, 2021 (R. Doc. 72) remains in effect.

New Orleans, Louisiana, this 28th day of October, 2021.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

---

[1] https://www.laed.uscourts.gov/court-info/court-holidays.