## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS MOBLEY** |
| | * | |
| | * | **JURY TRIAL DEMANDED** |

### PLAINTIFF'S EX PARTE UNOPPOSED MOTION TO DISMISS ALLEGATIONS

**NOW INTO COURT COMES** Plaintiff, Princess Dennar, M.D., who moves the Court to dismiss Paragraphs 94 and 95 in her Complaint.

Defendant has no opposition to this motion.

**WHEREFORE,** Plaintiff, Princess Dennar, M.D., requests that the Court enter an Order striking and dismissing Paragraphs 94 and 95 of her Original Complaint.

    Respectfully submitted,

    **LOWE, STEIN, HOFFMAN, ALLWEISS**
     **& HAUVER, L.L.P.**

    */s/ Melanie C. Lockett*
    **MICHAEL R. ALLWEISS (#2425)**
    **MELANIE C. LOCKETT (#30601)**
    **701 Poydras Street, Suite 3600**
    **New Orleans, Louisiana 70139**
    **Telephone:   (504) 581-2450**
    **Facsimile:    (504) 581-2461**

    **- AND -**

**VASQUEZ LAW OFFICE**

**JESSICA VASQUEZ (#27124)**
**400 Poydras Street, Suite 900**
**New Orleans, Louisiana 70130**
**Telephone:     (504) 571-9582**
**Facsimile:      (504) 684-1449**

**Attorneys for Princess Dennar, M.D.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 30th day of December, 2021.

*/s/ Melanie C. Lockett*