## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRINCESS DENNAR, M.D.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:20-cv-2679** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | **MAGISTRATE JUDGE KAREN WELLS MOBLEY** |
| | * | |
| | * | **JURY TRIAL DEMANDED** |

## ORDER

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte, Unopposed Motion to Dismiss Allegations is hereby GRANTED and the referenced allegations are hereby dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of December, 2021.

_____
**HONORABLE   GREG   GERARD   GUIDRY
UNITED STATES DISTRICT JUDGE**

00653792.WPD;1