UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| VERSUS | * | NO. 2:20-cv-2679 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | * | JUDGE GREG GERARD GUIDRY |
| | * | MAGISTRATE JUDGE KAREN WELLS ROBY |
| | * | |
| | * | |

ORDER

Considering the foregoing Motion (R. Doc. 75),

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte, Unopposed Motion to Dismiss Allegations is hereby GRANTED and the referenced allegations are hereby dismissed, with prejudice.

New Orleans, Louisiana, this 30th day of December, 2021.

_____
**HONORABLE GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**