UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## MOTION FOR FINAL DISMISSAL WITH PREJUDICE

**NOW INTO COURT COMES** Plaintiff, Princess Dennar, M.D., who moves the Court for entry of a Final Order of Dismissal, ordering that this action be dismissed with prejudice and without costs. Plaintiff further requests that, in accordance with the parties' wishes, the Final Order of Dismissal contain language specifying that this Court will retain jurisdiction for enforcement, if necessary, of the settlement agreement entered into by the parties. *See Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 n.1 (5th Cir. 2020) (district court loses jurisdiction upon voluntary dismissal of lawsuit unless jurisdiction over settlement agreement explicitly maintained in final dismissal order).

Defendant has no opposition to this motion.

**WHEREFORE**, Plaintiff, Princess Dennar M.D., requests that the Court enter a Final Order of Dismissal, dismissing this action with prejudice and without costs, and retaining jurisdiction for enforcement of the settlement agreement. A proposed Order is attached for the Court's convenience.

4546726-1

Respectfully Submitted:

By: /s/ *Michael R. Allweiss*_____
    MICHAEL R. ALLWEISS (#2425)
    MELANIE C. LOCKETT (#30601)
        -of-
    **LOWE, STEIN, HOFFMAN,**
    **ALLWEISS & HAUVER, L.L.P.**
    701 Poydras Street, Suite 3600
    New Orleans, Louisiana 70139
    Telephone: (504) 581-2450
    Facsimile: (504) 581-2461

By: */s/ Jessica Vasquez*_____
    Jessica Vasquez (La. Bar No. 27124)
    VASQUEZ LAW
    400 Poydras Street, Ste. 900
    New Orleans, LA 70130
    Telephone: (504) 571-9582
    Facsimile: (504) 684-1449
    Email: jvasquez@vasquezlawoffice.com

***Attorneys for Plaintiff, Princess Dennar M.D.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 14th day of January, 2022.

/s/ *Michael R. Allweiss*_____