UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRINCESS DENNAR, M.D. | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:20-cv-2679 |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

## **ORDER**

Considering the Motion to Dismiss With Prejudice (R. Doc. 79),

**IT IS ORDERED** that this action is hereby dismissed with prejudice and without costs. The Court retains jurisdiction for enforcement, if necessary, of the settlement agreement entered into by the parties.

New Orleans, Louisiana, this <u>14th</u> day of January, 2022.

                                                                         _____
                                                                         **HONORABLE GREG GERARD GUIDRY**
                                                                         **UNITED STATES DISTRICT JUDGE**